UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ABRAHAM I. JURAVEL; ROCHELLE L. JURAVEL,

                Plaintiff,                21 **CIVIL** 10878(AT)(JLC)

       -v-                              **JUDGMENT**

SAMUEL HAROLD SIGAL, MD,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2024, the Court OVERRULES the parties' objections and ADOPTS the R&R in its entirety. Accordingly: 1. The ATAS Defendants' motion, ECF No. 241, to amend the judgment to impose a filing injunction barring any future filings by Goodman against the ATAS Defendants in this District without first obtaining leave of court is GRANTED. 2. The Bouzy Defendants' application, ECF No. 243, to amend the judgment to impose a filing injunction barring any future filings by Goodman against the Bouzy Defendants in this District without first obtaining leave of court is GRANTED. 3. The ATAS Defendants' motion for attorney's fees, ECF No. 248, is DENIED. 4. Defendant David Sweigert's motion for an injunction and other relief, ECF No. 255, is DENIED. Accordingly, the Court ADOPTS Judge Cott's R&R in its entirety. The parties' objections are OVERRULED. Judgment is entered consistent with this order and the R&R.

**Dated:**  New York, New York

            February 22, 2024

(2 of 2), Page 2 of 2
Case: 25-2037, 08/20/2025, DktEntry: 3.1, Page 2 of 2
Case 1:21-cv-10878-AT-JLC    Document 279    Filed 02/22/24    Page 2 of 2

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**