IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                    1: 21-cv-10878-AT-JLC
-------------------------------------------------------------------X
JASON GOODMAN                                            **NOTICE OF APPEAL**
                              Plaintiff,

-against-

CHRISTOPHER ELLIS BOUZY, BOT SENTIEL, INC.,
GEORGE WEBB SWEIGERT, DAVID GEORGE
SWEIGERT, BENJAMIN WITTES, ADAM SHARP,
NINA JANKOWICZ, MARGARET ESQUENET, THE
ACADEMY OF TELEVISION ARTS & SCIENCES,
SETH BERLIN, MAXWELL MISHKIN

                              Defendants.
-------------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __8/18/2025__ |

    NOTICE is hereby given that Plaintiff Jason Goodman, pro se, hereby appeals to the

United States Court of Appeals for the Second Circuit from the judgment entered in this action

on February 22, 2024 (Dkt. 279), together with all associated orders and the filing injunction

contained therein.

    This Notice of Appeal is timely because the judgment entered at Dkt. 279 is void and

non-final on its face, as it bears the caption of an unrelated case (*Abraham I. Juravel v. Samuel

Harold Sigal, M.D.*) in violation of Fed. R. Civ. P. 58(a). *Under United States v. Indrelunas*, 411

U.S. 216 (1973), and *Bankers Trust Co. v. Mallis*, 435 U.S. 381 (1978), the separate-document

requirement of Rule 58 is mandatory, and appeal time does not begin to run until a valid

judgment is properly entered. Accordingly, Plaintiff's right to appeal remains open.

    This Notice is filed in a protective capacity to preserve jurisdiction, consistent with

authority recognizing that premature or protective notices of appeal are effective once a final

judgment is properly entered. See *FirsTier Mortgage Co. v. Investors Mortgage Ins. Co.*, 498

U.S. 269, 276 (1991); *Leonhard v. United States*, 633 F.2d 599, 609 (2d Cir. 1980).

NOTICE OF APPEAL                                                                    1

Dated: New York, New York August 18, 2025

Respectfully submitted

Jason Goodman
Pro Se Appellant
252 7th Avenue Apt 6s
New York, NY 10001
347-201-6017

CLOSED,APPEAL,CASREF,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21–cv–10878–AT–JLC

Goodman v. Bouzy et al
Assigned to: Judge Analisa Torres
Referred to: Magistrate Judge James L. Cott
Cause: 28:1391 Personal Injury

Date Filed: 12/19/2021
Date Terminated: 06/29/2023
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jason Goodman**                    represented by  **Jason Goodman**
252 7th Avenue
Apt. 6S
New York, NY 10001
323 744 7594
PRO SE

V.

**Defendant**

**Christopher Ellis Bouzy**          represented by  **Seth D. Berlin**
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508–1122
Fax: 202–661–2299
Email: berlins@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Mishkin**
Ballard Spahr LLP
1909 K Street, NW
Ste 12th Floor
Washington, DC 20006
202–508–1140
Fax: 202–661–2299
Email: mishkinm@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bot Sentinel, Inc.**               represented by  **Seth D. Berlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Mishkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**George Webb Sweigert**
*TERMINATED: 12/13/2022*

**Defendant**

**George Webb Sweigert**

**Defendant**

**David George Sweigert**

**Defendant**

| | | |
|---|---|---|
| **Benjamin Wittes** | represented by | **Elizabeth Lockwood** |

              Ali & Lockwood LLP
              300 New Jersey Ave NW
              Suite 900
              Washington, DC 20001
              202–651–2477
              Email: liz.lockwood@alilockwood.com
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Adam Sharp** | represented by | **Brian Edward Middlebrook** |

              Gordon Rees Scully Mansukhani LLP
              1 Battery Plaza, 28th Floor
              New York, NY 10004
              212–269–5500
              Fax: 212–269–5505
              Email: bmiddlebrook@grsm.com
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

              **John Tyler Mills**
              Gordon Rees Scully Mansukhani LLP
              1 Battery Plaza, 28th Floor
              New York, NY 10004
              212–269–5500
              Email: jtmills@grsm.com
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

              **B. Brett Heavner**
              Finnegan, Henderson, Farabow, Garrett &
              Dunner LLP
              901 New York Ave., NW
              Washington, DC 20001
              202–408–4000
              Email: heavnerb@finnegan.com
              *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Nina Jankowicz** | represented by | **Elizabeth Lockwood** |

              (See above for address)
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Margaret Esquenet** | represented by | **B. Brett Heavner** |

              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **John Tyler Mills**
              (See above for address)
              *ATTORNEY TO BE NOTICED*

              **Mary Catherine Brennan**
              Finnegan, Henderson, Farabow, Garrett &
              Dunner, LLP
              901 New York Avenue, NW
              Washington, DC 20001–4413

202–408–3770
Fax: 202–408–4400
Email: marykate.brennan@dentons.com
*TERMINATED: 08/28/2023*

**Naresh Kilaru**
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Ave., Nw
Washington, DC 20001
(202)–408–4236
Fax: (202)–408–4000
Email: naresh.kilaru@finnegan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Academy of Television Arts &
Sciences**

represented by **B. Brett Heavner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Tyler Mills**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Catherine Brennan**
(See above for address)
*TERMINATED: 08/28/2023*

**Naresh Kilaru**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maxwell Mishkin**

represented by **Seth D. Berlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Seth Berlin**

represented by **Seth D. Berlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**David George Sweigert**

V.

**Counter Defendant**

**Jason Goodman**

**Counter Claimant**

**David George Sweigert**

V.

**Counter Defendant**

**Jason Goodman**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2021 | 1 | COMPLAINT against Bot Sentiel, Inc., Christopher Ellis Bouzy, George Webb Sweigert. Document filed by Jason Goodman..(rdz) (Entered: 12/21/2021) |
| 12/19/2021 | | Case Designated ECF. (rdz) (Entered: 12/21/2021) |
| 12/22/2021 | | Pro Se Payment of Fee Processed: Check $402.00 processed by the Finance Department on 12/22/2021, Receipt Number 465401291096. (jcf) (Entered: 12/22/2021) |
| 12/22/2021 | 2 | **\*\*\*STRICKEN DOCUMENT. Deleted document number 2 from the case record. The document was stricken from this case pursuant to 14 Order.** NOTICE OF RELATED LITIGATION. Document filed by George Webb Sweigert. (sc) Modified on 1/4/2022 (kv). (Entered: 12/22/2021) |
| 12/23/2021 | 3 | **\*\*\*STRICKEN DOCUMENT. Deleted document number 3 from the case record. The document was stricken from this case pursuant to 14 Order.** DECLARATION OF NON–PARTY D. GEORGE SWEIGERT. (sc) Modified on 1/4/2022 (kv). (Entered: 12/27/2021) |
| 12/24/2021 | 4 | **\*\*\*STRICKEN DOCUMENT. Deleted document number 4 from the case record. The document was stricken from this case pursuant to 14 Order.** DECLARATION OF NON–PARTY D. GEORGE SWEIGERT. Attached as exhibits are true and accurate copies of pleadings and Internet artifacts. (sc) Modified on 12/27/2021 (sc). Modified on 1/4/2022 (kv). (Entered: 12/27/2021) |
| 12/24/2021 | 5 | **\*\*\*STRICKEN DOCUMENT. Deleted document number 5 from the case record. The document was stricken from this case pursuant to 14 Order.** AMICUS CURIAE BRIEF BY NON–PARTY D. GEORGE SWEIGERT. (sc) Modified on 1/4/2022 (kv). (Entered: 12/27/2021) |
| 12/27/2021 | 6 | **\*\*\*STRICKEN DOCUMENT. Deleted document number 6 from the case record. The document was stricken from this case pursuant to 14 Order.** DECLARATION of George Webb Sweigert–DENIAL OF JURISDICTION PURS. TO FED.R.CIV.P. 12(B)(2). Document filed by George Webb Sweigert. (sc) Modified on 1/4/2022 (kv). (Entered: 12/27/2021) |
| 12/28/2021 | 7 | **\*\*\*STRICKEN DOCUMENT. Deleted document number 7 from the case record. The document was stricken from this case pursuant to 14 Order.** AFFIDAVIT(Affirmation) of George Webb Sweigert IN SUPPORT OF DISMISSAL/CONSPIRACY TO DEFAME. Document filed by George Webb Sweigert. (sc) Modified on 1/4/2022 (kv). (Entered: 12/28/2021) |
| 12/29/2021 | 8 | **\*\*\*STRICKEN DOCUMENT. Deleted document number 8 from the case record. The document was stricken from this case pursuant to 14 Order.** AFFIDAVIT(Affirmation)IN SUPPORT OF DISMISSAL/ CONSPIRACY TO DEFAME. Document filed by George Webb Sweigert. (sc) Modified on 1/4/2022 (kv). (Entered: 12/29/2021) |
| 12/29/2021 | | NOTICE OF CASE REASSIGNMENT to Judge Analisa Torres. Judge Unassigned is no longer assigned to the case. (aea) (Entered: 12/29/2021) |
| 12/29/2021 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (aea) (Entered: 12/29/2021) |
| 12/30/2021 | 9 | AFFIDAVIT(Affirmation) of George Webb Sweigert IN SUPPORT OF DISMISSAL – FAILURE TO STATE A CLAIM FOR CONSPIRACY – TO DEFAME. Document filed by George Webb Sweigert. (sc) (Entered: 01/03/2022) |
| 01/03/2022 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Bot Sentinel, Inc., re: 1 Complaint. Document filed by Jason Goodman. (sc) (Entered: 01/03/2022) |

| 01/03/2022 | | Transmission to Pro Se Assistants. Transmitted re: <u>10</u> Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 01/03/2022) |
| 01/03/2022 | <u>11</u> | REQUEST FOR ISSUANCE OF SUMMONS as to Christopher Ellis Bouzy, re: <u>1</u> Complaint. Document filed by Jason Goodman. (sc) (Entered: 01/03/2022) |
| 01/03/2022 | | Transmission to Pro Se Assistants. Transmitted re: <u>11</u> Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 01/03/2022) |
| 01/03/2022 | <u>12</u> | REQUEST FOR ISSUANCE OF SUMMONS as to George Webb Sweigert, re: <u>1</u> Complaint. Document filed by Jason Goodman. (sc) (Entered: 01/03/2022) |
| 01/03/2022 | | Transmission to Pro Se Assistants. Transmitted re: <u>12</u> Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 01/03/2022) |
| 01/03/2022 | | SUMMONS ISSUED as to Bot Sentiel, Inc., Christopher Ellis Bouzy, George Webb Sweigert. (sha) (Entered: 01/03/2022) |
| 01/03/2022 | | Mailed a copy of Summons Issued to Jason Goodman at 252 7th Avenue, Apt. 6S, New York, NY 10001. (sha) (Entered: 01/03/2022) |
| 01/04/2022 | <u>14</u> | ORDER: Nonparty David George Sweigert has filed a number of documents, including a notice of related litigation, two declarations, an "amicus curiae brief," and two affidavits. No. 21–CV–10878, Docs. 2–8. Nonparties are not permitted to file documents in a case unless they have been granted permission to intervene under Rule 24 of the Federal Rules of Civil Procedure. Because David George Sweigert is a nonparty, and he has not been granted permission to file documents in this case, the Clerk of Court is directed to strike these documents from the docket. (ECF Nos. 2–8.) The Clerk of Court is directed to mail a copy of this order to Plaintiff Jason Goodman and to David George Sweigert and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Signed by Judge Analisa Torres on 1/4/2022) (kv) (Entered: 01/04/2022) |
| 01/04/2022 | | Transmission to Docket Assistant Clerk. Transmitted re: <u>14</u> Order,,,,, to the Docket Assistant Clerk for case processing..(kv) (Entered: 01/04/2022) |
| 01/04/2022 | <u>15</u> | ORDER OF SERVICE: Plaintiff, who is proceeding pro se, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants Christopher Ellis Bouzy; Bot Sentinel, Inc.; and George Webb Sweigert. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package. SO ORDERED. (Signed by Judge Analisa Torres on 1/4/2022) (kv) Transmission to Pro Se Assistants for processing. (Entered: 01/04/2022) |
| 01/04/2022 | <u>16</u> | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge James L. Cott. (Signed by Judge Analisa Torres on 1/4/2022) (kv) (Entered: 01/04/2022) |
| 01/04/2022 | | Mailed a copy of <u>14</u> Order to Jason Goodman at 252 7th Avenue, Apt. 6S, New York, NY 10001; and to David George Sweigert at 209 St. Simons Cove, Peachtree, GA 30269–4201. (kh) (Entered: 01/04/2022) |
| 01/05/2022 | <u>17</u> | INFORMATION PACKAGE MAILED to Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001, at, on 1/5/2022 Re: <u>15</u> Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall |

| | | |
|---|---|---|
| | | Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (aan) (Entered: 01/05/2022) |
| 01/05/2022 | 18 | NOTICE OF INTERLOCUTORY APPEAL from 14 Order. Document filed by George Webb Sweigert. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Appeal Fee Due: for 18 Notice of Interlocutory Appeal. Appeal fee due by 1/19/2022. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Appeal Remark as to 18 Notice of Interlocutory Appeal filed by George Webb Sweigert. IFP Denied 01/04/2022. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 18 Notice of Interlocutory Appeal. (tp) (Entered: 01/05/2022) |
| 01/05/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 18 Notice of Interlocutory Appeal filed by George Webb Sweigert were transmitted to the U.S. Court of Appeals. (tp) (Entered: 01/05/2022) |
| 01/10/2022 | 19 | MOTION OF ERRATA IN COURT DOCUMENTS BY GEORGE WEBB SWEIGERT. Document filed by George Webb Sweigert. (sc) (Entered: 01/10/2022) |
| 01/13/2022 | 20 | NOTICE TO CLERK OF COURT, GEORGE WEBB SWEIGERT, DENIAL OF PERSONAL JURISDICTION, LIMITS OF STATUTE OF LIMITATIONS PURS. TO FED.R.CIV.P. 12(B)(2). Document filed by George Webb Sweigert. (sc) (Entered: 01/13/2022) |
| 02/07/2022 | 21 | SUMMONS RETURNED EXECUTED. Summons and Complaint, served. Bot Sentiel, Inc. served on 1/19/2022, answer due 2/9/2022; Christopher Ellis Bouzy, served on 1/19/2022, answer due 2/9/2022. Service was made by Cert. Mail. Document filed by Bot Sentiel, Inc.; Christopher Ellis Bouzy. (sc) (Entered: 02/08/2022) |
| 03/21/2022 | 22 | JUDICIAL NOTICE, re: of a related filing in an unrelated litigation pertaining to an order from Judge Valerie Caproni of the USDC–SDNY in The National Academy of Television Arts & Sciences et al. v. Multimedia System Design, Inc. See Case 1:20cv7269 –VEC–OTW ECF #156. Document filed by Jason Goodman. (sc) (Entered: 03/22/2022) |
| 04/07/2022 | 23 | RELATED CASE STATEMENT, re: – Defendants have been served, and Sweigert has acknowledged service but no Notice of Appearance for Christopher Bouzy or Bot Sentinel has been entered. Document filed by Jason Goodman. (sc) (Entered: 04/07/2022) |
| 04/07/2022 | 24 | CERTIFICATE OF SERVICE of Related Case Statement; served on C. Bouzy, Bot Sentinel, and George W. Sweigert on 4/7/22. Service was made by Mail. Document filed by Jason Goodman. (sc) (Entered: 04/07/2022) |
| 04/13/2022 | 25 | LETTER addressed to Judge Analisa Torres from D. G. Sweigert, dated 4/13/22 re: I write on behalf of myself, a non–attorney pro se potential intervenor. I write to protect my interest to a professional reputation as a computer security expert. I seek to intervene in this action pursuant to Rule 24 etc. Document filed by George Webb Sweigert.(sc) (Entered: 04/13/2022) |
| 04/19/2022 | 26 | LETTER addressed to Judge Lorna G. Schofield from D. G. Sweigert, dated 4/19/22 re: I write as a potential intervenor. I write to protect my interests to a professional reputation as a computer security expert; and I seek to intervene in this action pursuant to Rule 24 as a co–Plaintiff etc. (sc) (Entered: 04/20/2022) |
| 04/20/2022 | 27 | CORRECTED LETTER addressed to Judge Analisa Torres from D. G. Sweigert, dated 4/20/22 re: I write to protect my interests to a professional reputation as a computer security expert. I seek to intervene in this action pursuant to Rule 24 as a co–plaintiff etc. (sc) (Entered: 04/21/2022) |

| 04/27/2022 | 28 | MANDATE of USCA (Certified Copy) as to 18 Notice of Interlocutory Appeal filed by George Webb Sweigert. USCA Case Number 22–40. Ordered that the appeal is DISMISSED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 4/27/2022..(nd) (Entered: 04/27/2022) |
| 05/04/2022 | 29 | PROPOSED INTERVENOR'S SUPPLEMENT TO ECF #27, re: APPENDIX to 27 Letter. Document filed by D.G. Sweigert. (sc) (Entered: 05/04/2022) |
| 05/20/2022 | 30 | ORDER: To date, no answer, motion, or other response has been filed by either of these defendants. Given these circumstances, the Court hereby orders as follows: 1.Plaintiff Goodman is directed to respond to defendant Sweigert's motion to dismiss for lack of personal jurisdiction by June 10, 2022. Any reply papers will be due by June 24, 2022. 2.Plaintiff Goodman is directed to respond to nonparty D.G. Sweigerts application to intervene by June 10, 2022. Any reply papers will be due by June 24, 2022. 3.As noted, it is not clear whether defendants Bouzy and Bot Sentinel have been properly served, as it appears the only service was made bymail and not by personal service. To the extent plaintiff Goodman is seeking to serve these defendants electronically, any application to that effect, or any other information supporting the fact that service was properly made, should be submitted to the Court no later than June10, 2022. (And as further set forth herein.) SO ORDERED. (Responses due by 6/10/2022, Replies due by 6/24/2022.) (Signed by Magistrate Judge James L. Cott on 5/20/2022) (jca) (Entered: 05/20/2022) |
| 05/20/2022 | 31 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Motion to intervene, ECF No. 25, MTD, ECF No. 19–20. Referred to Magistrate Judge James L. Cott. (Signed by Judge Analisa Torres on 5/20/2022) (kv) (Entered: 05/20/2022) |
| 05/23/2022 | | MAILING RECEIPT: Document No: 30–31. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 05/23/2022) |
| 06/01/2022 | 32 | PROPOSED INTERVENOR'S SUPPLEMENT(Appendix) TO ECF NO. 27, re: 27 Letter. Document filed by D.G. Sweigert, Proposed Intervenor(sc) Modified on 6/1/2022 (sc). (Entered: 06/01/2022) |
| 06/09/2022 | 33 | (Affirmation of Jason Goodman)PLAINTIFF'S OPPOSITION TO NON–PARTY MOVANT DAVID GEORGE SWEIGERT'S MOTION TO INTERVENE, re: 29 Appendix, 27 Letter. Document filed by Jason Goodman. (sc) (Entered: 06/10/2022) |
| 06/09/2022 | 34 | (Affirmation of Jason Goodman)PLAINTIFF'S OPPOSITION TO DEFENDANT GEORGE WEBB SWEIGERT'S MOTION TO DISMISS, re: 19 Remark. Document filed by Jason Goodman. (sc) (Entered: 06/10/2022) |
| 06/09/2022 | 35 | PROOF(Certificate() OF SERVICE of Summons & Complaint, served on Christopher Bouzy, Bot Sentinel, Inc. on 1/15/22. Service was accepted by (affixing to the door of Bouzy's residence/place of business for Bot Sentinel). Document filed by Jason Goodman. (sc) Modified on 6/10/2022 (sc). (Entered: 06/10/2022) |
| 06/13/2022 | 36 | NOTICE OF MOTION, re: for the Court to take Judicial Notice of certain public documents containing facts relevant to this case and, in particular, Plaintiff's opposition to defendant George Webb Sweigert's Motion to Dismiss. Document filed by Jason Goodman.(sc) (Entered: 06/14/2022) |
| 06/13/2022 | 37 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS. Document filed by Jason Goodman. (sc) (Entered: 06/14/2022) |
| 06/13/2022 | 38 | (Affirmation of D. George Sweigert)OPPOSITION TO PLAINTIFF JASON GOODMAN'S DOCUMENT ECF NO. 33(VOLUME OF EXHIBITS UNDER SEPARATE FILING), re: 33 Affirmation in Opposition. Document filed by D. G. Sweigert, Proposed Intervenor. (sc) (Entered: 06/14/2022) |
| 06/13/2022 | 39 | RELATED CASE STATEMENT. Document filed by Jason Goodman. (sc) (Entered: 06/14/2022) |

| 06/13/2022 | 40 | VOLUME OF EXHIBITS UNDER SEPARATE FILING. Document filed by D. G. Sweigert, Proposed Intervenor. (sc) (Entered: 06/14/2022) |
|---|---|---|
| 06/14/2022 | 41 | CERTIFICATE OF SERVICE of Plaintiff's Opposition to Non−party Movant's Motion to Intervene, Proof of Service of Process on C. Bouzy and Bot Sentinel Inc., Request for Judicial Notice, Related Case Statement, served on David G. Sweigert on 6/14/22. Service was made by Mail. Document filed by Jason Goodman. (sc) (Entered: 06/14/2022) |
| 06/14/2022 | 42 | CERTIFICATE OF SERVICE of Plaintiff's Opposition to Non−party Movant's Motion to Intervene, Proof of Service of Process on C. Bouzy and Bot Sentinel Inc., Request for Judicial Notice, Related Case Statement, served on George Webb Sweigert on 6/14/22. Service was made by Mail. Document filed by Jason Goodman. (sc) (Entered: 06/14/2022) |
| 06/14/2022 | 43 | CERTIFICATE OF SERVICE of Plaintiff's Opposition to Non−party Movant's Motion to Intervene, Proof of Service of Process on C. Bouzy and Bot Sentinel Inc., Request for Judicial Notice, Related Case Statement, served on C. Bouzy, Bot Sentinel, on 6/14/22. Service was made by Mail. Document filed by Jason Goodman. (sc) (Entered: 06/14/2022) |
| 06/14/2022 | 44 | CERTIFICATE OF SERVICE of Plaintiff's Opposition to Non−party Movant's Motion to Intervene, Proof of Service of Process on C. Bouzy and Bot Sentinel Inc., Request for Judicial Notice, Related Case Statement, served on David G. Sweigert on 6/14/22. Service was made by Mail. Document filed by Jason Goodman. (sc) (Entered: 06/14/2022) |
| 06/21/2022 | 45 | AMENDED OPPOSITION(Affirmation of D.G. Sweigert)TO PLAINTIFF JASON GOODMAN'S DOCUMENT ECF #33, REPLACES DOC. 38(VOLUME OF EXHIBITS ECF 40), re: 33 Affirmation in Opposition. (sc) (Entered: 06/21/2022) |
| 06/21/2022 | 46 | CERTIFICATE OF SERVICE of Amended Opposition(Affirmation), served on Jason Goodman, Crowdsource the Truth; Christopher Bouzy/Bot Sentinel; George Webb Sweigert on 6/21/22. Service was made by to Jason Goodman via email: truth@crowdsourcethetruth.com; to C. Bouzy/Bot Sentinel via email: press@botsentinel.com; to George W. Sweigert via email: Georg.webb@gmail.com. (sc) (Entered: 06/22/2022) |
| 06/23/2022 | 47 | REPLY TO RESPONSE FOR MOTION TO DISMISS − MOTION FOR EVIDENTIARY HEARING IF CASE IS NOT DISMISSED. Document filed by George Webb Sweigert. (sc) (Entered: 06/23/2022) |
| 06/23/2022 | 48 | SUPPLEMENT(Appendix) TO ECF NO.45, re: to 45 Affirmation in Opposition. (sc) (Entered: 06/24/2022) |
| 06/24/2022 | 49 | CORRECTED SUPPLEMENT(Appendix) TO ECF NO. 45(REPLACES ECF 48), re: to 45 Affirmation in Opposition. (sc) (Entered: 06/24/2022) |
| 07/05/2022 | 50 | PLAINTIFF'S REQUEST(Motion) FOR JUDICIAL NOTICE. Document filed by Jason Goodman.(sc) (Entered: 07/05/2022) |
| 07/06/2022 | 51 | (Motion)REQUEST FOR JUDICIAL NOTICE−ENTRY OF DEFAULT AGAINST MULTIMEDIA SYSTEM DESIGN, INC., JASON GOODMAN, CHIEF EXECUTIVE OFFICER. Document filed by D. G. Sweigert, Proposed Intervenor (sc) Modified on 7/6/2022 (sc). Modified on 7/6/2022 (sc). (Entered: 07/06/2022) |
| 07/07/2022 | 52 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) Motion to Intervene. ECF No. 25, MTD, ECF No. 19−20; ECF No. 51. Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Analisa Torres on 7/7/2022) (rro) (Entered: 07/07/2022) |
| 07/08/2022 | | MAILING RECEIPT: Document No: 52. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 07/08/2022) |

| | | |
|---|---|---|
| 07/20/2022 | 53 | PROPOSED INTERVENOR'S REQUEST FOR JUDICIAL NOTICE. Documnent filed by D.G. Sweigert, proposed intervenor. (sc) (Entered: 07/20/2022) |
| 09/06/2022 | 54 | PROPOSED INTERVENOR'S REQUEST FOR JUDICIAL NOTICE. Docket filed by D. G. Sweigert, Proposed Intervenor. (sc) Modified on 9/7/2022 (sc). (Entered: 09/07/2022) |
| 09/17/2022 | 55 | (Motion) REQUEST FOR JUDICIAL NOTICE BY PROPOSED INTERVENOR. Document filed by Proposed Intervenor, D.G. Sweigert. (sc) Modified on 9/19/2022 (sc). (Entered: 09/19/2022) |
| 10/09/2022 | 56 | PROPOSED INTERVENOR'S SUPPLEMENT(APPENDIX) TO ECF #45, Re: to 45 Affirmation in Opposition. (sc) (Entered: 10/12/2022) |
| 10/20/2022 | 57 | NOTICE TO THE CLERK OF RULE 41(a) WITHDRAWAL. Document filed by D.G. Sweigert, Proposed Intervenor. (sc) (Entered: 10/20/2022) |
| 11/09/2022 | 58 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: Motion to intervene, ECF No. 25; MTD, ECF Nos. 19–20; Motion to take judicial notice, ECF Nos. 36, 50–51, 55. Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Analisa Torres on 11/9/2022) (kv) (Entered: 11/09/2022) |
| 11/09/2022 | | MAILING RECEIPT: Document No: 58. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 11/09/2022) |
| 11/10/2022 | 59 | REPORT AND RECOMMENDATION re: 51 MOTION REQUEST FOR JUDICIAL NOTICE –ENTRY OF DEFAULT AGAINST MULTIMEDIA SYSTEM DESIGN, INC., JASON GOODMAN, CHIEDF EXECUTIVE OFFICER., 55 MOTION FOR JUDICIAL NOTICE BY PROPOSED INTERVENOR., 36 MOTION for the Court to t ake Judicial Notice of certain public documents containing facts relevant to this case and, in particular Plaintiff's opposition to defendant George Webb Sweigert's Motion to Dismiss. filed by Jason Goodman, 50 MOTION REQUEST FOR JUDICIAL NOTICE. filed by Jason Goodman. For the reasons stated herein, the Court should grant Sweigert's motion to dismiss at docket numbers 19 and 20, but Goodman should be given leave to amend his complaint against Sweigert. The Court should deny D.G. Sweigert's motion to intervene at docket number 25 as moot and deny the motions for judicial notice at docket numbers 36, 50, 51, and 55. Finally, the Court should direct Goodman to move for a default judgment against Bouzy and Bot Sentinel. Objections to R&R due by 11/25/2022 (Signed by Magistrate Judge James L. Cott on 11/10/2022) (jca) (Entered: 11/10/2022) |
| 11/10/2022 | | MAILING RECEIPT: Document No: 59. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 11/10/2022) |
| 11/20/2022 | 60 | NOTICE OF MOTION for Default Judgment as to C. Bouzy and Bot Sentinel Inc., MOTION for Permanent Injunction, Damages & Fees. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 11/21/2022) |
| 11/20/2022 | 61 | AFFIDAVIT(Affirmation)OF JASON GOODMAN in Support of re: 60 MOTION for Default Judgment as to. MOTION for Permanent Injunction.. Document filed by Jason Goodman. (sc) Modified on 11/21/2022 (sc). (Entered: 11/21/2022) |
| 11/20/2022 | 62 | PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, DAMAGES, FEES & COSTS re: 60 MOTION for Default Judgment as to. MOTION for Permanent Injunction. Document filed by Jason Goodman. (sc) (Entered: 11/21/2022) |
| 11/20/2022 | 63 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** [PROPOSED] ORDER ENTERING A FINAL JUDGMENT & PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING THE PLAINTIFF DAMAGES, FEES & COSTS. Document filed by Jason Goodman. (sc) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 11/21/2022 (km). (Entered: 11/21/2022) |

| | | |
|---|---|---|
| 11/21/2022 | | **\*\*\*NOTICE REGARDING DEFICIENT PROPOSED ORDER. Regarding Document No. 63 Proposed Order. The filing is deficient for the following reason(s): The document is missing a So Ordered line, with a signature line for the Judge to sign. (km)** (Entered: 11/21/2022) |
| 11/21/2022 | 64 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – (Corrected)PROPOSED ORDER ENTERING FINAL DEFAULT JUDGMENT & PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING PLAINTIFF DAMAGES & FEES & COSTS. Document filed by Jason Goodman. (sc) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 11/21/2022 (km). (Entered: 11/21/2022) |
| 11/21/2022 | | **\*\*\*NOTICE REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. regarding Document No. 64 Proposed Order. The filing is deficient for the following reason(s): the filing is premature. You need to obtain a clerk's certificate of default first. Please refer to ECF Rule 16.1. (km)** (Entered: 11/21/2022) |
| 11/22/2022 | | **\*\*\*DELETED DOCUMENT. Deleted document number 65 Affidavit. The document was incorrectly filed in this case. (sc)** (Entered: 11/22/2022) |
| 11/22/2022 | 65 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jason Goodman. (sc) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 11/23/2022 (km). (Entered: 11/22/2022) |
| 11/22/2022 | 66 | LETTER from D.G. Sweigert, dated 11/22/22 re: As you know, Plaintiff Jason Goodman will appear on YouTube broadcase hosted by New York attorney, Nathaniel Broughty, a member of the New York Bar to discuss this "default." A previous YouTubevideo broadcast about this instant legal action claimed a "default judgment" had already been issued. Interestingly, Mr. Broughty is also in a legal action against the defendant, Christopher Bouzy in the USDC–NJ, Case #2:22cv6458(SDW). From ECF Doc. 21, it would appear that the Summons was returned unexecuted. Document filed by George Webb Sweigert.(sc) (Entered: 11/22/2022) |
| 11/23/2022 | | **\*\*\*NOTICE REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: RE–FILE Document No. 65 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the proposed clerk's certificate of default lists the wrong name(s) for the party(ies) who was/were served. The information on the certificate needs to match the proofs of service. (km)** (Entered: 11/23/2022) |
| 11/23/2022 | 67 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jason Goodman. (sc) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 11/23/2022 (km). (Entered: 11/23/2022) |
| 11/23/2022 | 68 | LETTER addressed to Judge Analisa Torres from Seth D. Berlin dated November 23, 2022 re: Defendants Christopher Bouzy and Bot Sentinel Inc.. Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy..(Berlin, Seth) (Entered: 11/23/2022) |
| 11/23/2022 | | **\*\*\*NOTICE REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: RE–FILE Document No. 67 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the proposed clerk's certificate of default lists the wrong name(s) for the party(ies) who was/were served. The information on the certificate needs to match the proofs of service. The supporting document was not submitted. (km)** (Entered: 11/23/2022) |
| 11/23/2022 | 69 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jason Goodman. (sc) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 11/28/2022 (km). (Entered: 11/28/2022) |
| 11/28/2022 | | **\*\*\*NOTICE REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEFAULT: RE–FILE Document No. 69 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the proposed clerk's certificate of default does not match your proofs of service. The** |

| | | |
|---|---|---|
| | | **information on the certificate needs to match the proofs of service. The supporting document was not submitted. Please refer to ECF Rule 16.1. (km)** (Entered: 11/28/2022) |
| 11/28/2022 | 70 | AFFIRMATION of Jason Goodman IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT. Document filed by Jason Goodman. (sc) (Entered: 11/28/2022) |
| 11/30/2022 | 71 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jason Goodman. (sc) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 11/30/2022) |
| 11/30/2022 | 72 | CLERK'S CERTIFICATE OF DEFAULT as to CHRISTOPHER ELLIS BOUZY and BOT SENTINEL INC.(km) (Entered: 11/30/2022) |
| 12/05/2022 | 73 | NOTICE OF APPEARANCE by Seth D. Berlin on behalf of Bot Sentiel, Inc., Christopher Ellis Bouzy..(Berlin, Seth) (Entered: 12/05/2022) |
| 12/07/2022 | 74 | CERTIFICATE OF SERVICE of Safe Harbor Notice and Notice for Sanctions Purs. to Fed.R.Civ.P. Rule 11, served on Seth Berlin, Esq., Counsel for Defendants on 12/6/22. Service was made by via email to Berlin@ballardspahr.com, MishkinM@ballardspahr.com; and by UPS TO C. Bouzy and Bot Sentinel. Document filed by Jason Goodman. (sc) (Entered: 12/07/2022) |
| 12/08/2022 | 75 | MEMO ENDORSEMENT on re: 68 Letter filed by Christopher Ellis Bouzy, Bot Sentiel, Inc.. ENDORSEMENT: By December 12, 2022, Defendants shall respond to the complaint. SO ORDERED. Bot Sentiel, Inc. answer due 12/12/2022; Christopher Ellis Bouzy answer due 12/12/2022. (Signed by Judge Analisa Torres on 12/8/2022) (tg) (Entered: 12/08/2022) |
| 12/08/2022 | | MAILING RECEIPT: Document No: 75. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 12/08/2022) |
| 12/09/2022 | 76 | LETTER addressed to Judge Analisa Torres from J. Goodman, dated 12/9/22 re: Pursuant to your individual rules of practice, I write to express my concern about the prejudicial nature of the decision in the Memorandum Endorsement of ECF #75 etc. The defendants should be compelled to show cause for their failure to answer the Complaint timely and, absent good cause, this case should proceed directly to an inquest etc. Document filed by Jason Goodman.(sc) (Entered: 12/09/2022) |
| 12/12/2022 | 77 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy..(Berlin, Seth) (Entered: 12/12/2022) |
| 12/12/2022 | 78 | MOTION to Dismiss . Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy. (Attachments: # 1 Text of Proposed Order Proposed Order).(Berlin, Seth) (Entered: 12/12/2022) |
| 12/12/2022 | 79 | MEMORANDUM OF LAW in Support re: 78 MOTION to Dismiss . . Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy..(Berlin, Seth) (Entered: 12/12/2022) |
| 12/12/2022 | 80 | DECLARATION of Seth D. Berlin in Support re: 78 MOTION to Dismiss .. Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy. (Attachments: # 1 Exhibit 1 – Twitter Direct Message, # 2 Exhibit 2– Twitter Post, # 3 Exhibit 3 – Transcript of Telephone Call).(Berlin, Seth) (Entered: 12/12/2022) |
| 12/12/2022 | 81 | NOTICE of Pursuant to Local Civil Rule 12.1 re: 78 MOTION to Dismiss .. Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy. (Attachments: # 1 Exhibit Rule 56).(Berlin, Seth) (Entered: 12/12/2022) |
| 12/13/2022 | 82 | ORDER ADOPTING REPORT AND RECOMMENDATION for 59 Report and Recommendations, 51 Motion for Miscellaneous Relief, 55 Motion for Miscellaneous Relief, 36 Motion for Miscellaneous Relief, filed by Jason Goodman, 50 Motion for Miscellaneous Relief filed by Jason Goodman. Accordingly, the Court GRANTS Sweigert's motion to dismiss, DENIES D.G.'s motion to intervene, and DENIES all pending motions for judicial notice. By January 3, 2023, Goodman shall file an amended complaint. The Clerk of Court is directed to terminate the motions at ECF Nos. 36, 5051, and 55. The Clerk of Court is also directed to terminate George Webb |

| | | |
|---|---|---|
| | | Sweigert as a defendant. SO ORDERED. ( Amended Pleadings due by 1/3/2023.), George Webb Sweigert terminated. (Signed by Judge Analisa Torres on 12/13/2022) (kv) (Entered: 12/13/2022) |
| 12/13/2022 | | MAILING RECEIPT: Document No: 82. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 12/13/2022) |
| 12/20/2022 | 83 | ORDER terminating 78 Motion to Dismiss. Accordingly, by January 3, 2023, Defendants shall file a letter explaining the reason for their default. By January 3, 2023, Goodman may file a letter opposing the motion to set aside default. Additionally, the Court will HOLD IN ABEYANCE decision on Defendants' motion to dismiss, ECF No. 78, until the Court has issued a decision on Defendants motion to set aside entry of default. SO ORDERED.. (Signed by Judge Analisa Torres on 12/20/2022) (kv) (Entered: 12/20/2022) |
| 12/20/2022 | | Set/Reset Deadlines: Responses due by 1/3/2023 (kv) (Entered: 12/20/2022) |
| 12/21/2022 | | MAILING RECEIPT: Document No: 83. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 12/21/2022) |
| 12/22/2022 | 84 | MOTION for Maxwell S. Mishkin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27124829. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy. (Attachments: # 1 Affidavit of M. Mishkin in Support, # 2 Exhibit A – MD Certificate of Good Standing, # 3 Exhibit B – DC Ceritfcate of Good Standing, # 4 Text of Proposed Order Proposed Order).(Mishkin, Maxwell) (Entered: 12/22/2022) |
| 12/23/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 84 MOTION for Maxwell S. Mishkin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27124829. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 12/23/2022) |
| 12/26/2022 | 85 | LETTER addressed to Judge Analisa Torres from Jason Goodman, dated 12/26/22 re: I write respectfully to request an extension of time for the filing of the Amended Complaint. This extension is being requested so that I may have adequate time to prepare both the Response in opposition to the motion to set aside the default and the Amended Complaint. Document filed by Jason Goodman.(sc) Modified on 12/27/2022 (sc). (Entered: 12/27/2022) |
| 12/27/2022 | 86 | NOTICE OF MOTION SEEKING SANCTIONS PURS. TO RULE 11. Document filed by Jason Goodman.(sc) (Entered: 12/27/2022) |
| 12/27/2022 | 87 | ORDER granting 84 Motion for Maxwell S. Mishkin to Appear Pro Hac Vice. Application granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 12/27/2022) |
| 12/28/2022 | | MAILING RECEIPT: Document No: 87. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (ok) (Entered: 12/28/2022) |
| 12/29/2022 | 88 | MEMO ENDORSEMENT: on re: 85 Letter filed by Jason Goodman. ENDORSEMENT: GRANTED. By January 10, 2023, Plaintiff shall file his amended complaint. SO ORDERED., ( Amended Pleadings due by 1/10/2023.) (Signed by Judge Analisa Torres on 12/29/2022) (ama) (Entered: 12/29/2022) |
| 12/29/2022 | 89 | ORDER: On December 27, 2022, Plaintiff, Jason Goodman, filed a motion for sanctions. ECF No. 86. By January 6, 2023, Defendants shall respond to the motion for sanctions. SO ORDERED., ( Responses due by 1/6/2023) (Signed by Judge Analisa Torres on 12/29/2022) (ama) (Entered: 12/29/2022) |
| 01/03/2023 | 90 | LETTER addressed to Judge Analisa Torres from Seth D. Berlin dated January 3, 2023 re: Dec. 20, 2022 Order. Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy. (Attachments: # 1 Affidavit Decl. of C. Bouzy, # 2 Exhibit 1 – Tweet, # 3 Exhibit 2 – Tweet, # 4 Exhibit 3 – Tweet, # 5 Exhibit 4 – Tweet, # 6 Exhibit 5 – Tweet, # 7 |

| | | |
|---|---|---|
| | | Exhibit 6 – Tweet).(Berlin, Seth) (Entered: 01/03/2023) |
| 01/03/2023 | 91 | LETTER addressed to Judge Analisa Torres from J. Goodman dated 1/2/23 re: Pursuant to your Order(ECF #83), I submit this letter in opposition to the Motion to Set Aside Judgment. Default is warranted in this case because the defendants acted willfully, deliberately, and strategically to avoid answering the Complaint etc. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 01/03/2023) |
| 01/03/2023 | | MAILING RECEIPT: Document No: 88–89. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 01/03/2023) |
| 01/04/2023 | 92 | LETTER from J. Goodman, dated 1/4/23 re: I respectfully submit this objection to the Defendants' letter (ECF #90). This incredibly disingenuous filing is another attempt to deceive the Court which has revealed new facts etc. For the reasons stated above(as indicated), the default should not be set aside, and Rule 11 sanctions should be granted etc. Document filed by Jason Goodman. (Attachments: # 1 Errata Certificate of Service)(sc) (Entered: 01/04/2023) |
| 01/04/2023 | 93 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 1/4/23 re: "WAIVER OF SERVICE, ELECTRONIC SERVICE WILL BE ACCEPTED" – This letter acknowledges the plaintiff's document ECF #92 in which Mr. Goodman threatens to add the undersigned as a defendant to this matter via an Amended Complaint etc. (sc) (Entered: 01/04/2023) |
| 01/06/2023 | 94 | RESPONSE in Opposition to Motion re: 86 MOTION for Sanctions. . Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy..(Berlin, Seth) (Entered: 01/06/2023) |
| 01/06/2023 | 95 | DECLARATION of Seth D. Berlin in Opposition re: 86 MOTION for Sanctions.. Document filed by Bot Sentiel, Inc., Christopher Ellis Bouzy. (Attachments: # 1 Exhibit 1 – Dec. 6, 2022 Email).(Berlin, Seth) (Entered: 01/06/2023) |
| 01/08/2023 | 96 | RESPONSE TO MEMORANDUM IN OPPOSITION TO RULE 11 SANCTIONS, re: 94 Response in Opposition to Motion. Document filed by Jason Goodman. (sc) (Entered: 01/09/2023) |
| 01/09/2023 | 97 | LETTER addressed to Judge Analisa Torres from J. Goodman, dated 1/9/23 re: Pursuant to your individual rules of practice, I write to request leave for an extension of time for the filing of my Amended Complaint. Pursuant to your memo endorsement of ECF #88, I have been diligently preparing an Amended Complaint etc.I respectfully request a second extension of time to file this Amended Complaint. The second extension is being requested so that I may provide the Court with the most complete and thoroughly prepare Amended Complaint I am able and also in the interest of judicial efficiency etc. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 01/09/2023) |
| 01/10/2023 | 98 | MEMO ENDORSEMENT on re: 97 Letter,, filed by Jason Goodman. ENDORSEMENT: GRANTED. SO ORDERED. (Amended Pleadings due by 1/17/2023.) (Signed by Judge Analisa Torres on 1/10/2023) (rro) (Entered: 01/10/2023) |
| 01/11/2023 | | MAILING RECEIPT: Document No: 98. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 01/11/2023) |
| 01/12/2023 | 99 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, Pro Se non–party, dated 1/13/23 re: "PERMISSION TO SEEK LEAVE OF THE COURT AS AN AMICUS INTERESTED PARTY CONCERNING PARALLEL LITIGATION." (sc) (Entered: 01/13/2023) |
| 01/17/2023 | 100 | AMENDED COMPLAINT, Re: amending 1 Complaint against Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Margaret Esquenet, Nina Jankowicz, Maxwell Mishkin, Adam Sharp, David George Sweigert, George Webb Sweigert, The Academy of Television Arts & Sciences, Benjamin Wittes with JURY DEMAND.Document filed by Jason Goodman. Related document: 1 Complaint.(sc) (Additional attachment(s) added on 1/18/2023: # 1 Errata Certificate of Service) (sc). (Entered: 01/18/2023) |

| | | |
|---|---|---|
| 01/18/2023 | 101 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 1/18/23 re: "PERMISSION TO REPLY TO PLAINTIFF'S AMENDED COMPLAINT ON OR BEFORE 3/21/23"– By leave of the Court, the pro se undersigned wishes to remind this Court that he formally waived service of the Plaintiff's Amended Complaint via letter of 1/4/23(ECF #93). The undersigned understands that he must file and serve an answer or a motion under Rule 12 within sixty days from 1/19/23 etc. Document filed by David George Sweigert.(sc) (Entered: 01/18/2023) |
| 01/19/2023 | 102 | REQUEST FOR ISSUANCE OF SUMMONS as to Benjamin Wittes, The Brookings Institution, re: 100 Amended Complaint. Document filed by Jason Goodman. (sc) (Entered: 01/19/2023) |
| 01/19/2023 | | Transmission to Pro Se Assistants. Transmitted re: 102 Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 01/19/2023) |
| 01/19/2023 | 103 | REQUEST FOR ISSUANCE OF SUMMONS as to Nina Jankowicz, re: 100 Amended Complaint. Document filed by Jason Goodman. (sc) (Entered: 01/19/2023) |
| 01/19/2023 | | SUMMONS ISSUED as to Nina Jankowicz, Benjamin Wittes. (sha) (Entered: 01/19/2023) |
| 01/19/2023 | | Mailed a copy of Summons Issued to Jason Goodman at 252 7th Avenue, Apt. 6S, New York, NY 10001. (sha) (Entered: 01/19/2023) |
| 01/25/2023 | 105 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint. Nina Jankowicz, served on 1/21/2023, answer due 2/13/2023. Service was accepted by Michael Stein, husband. Document filed by Jason Goodman. (sc) (Entered: 01/26/2023) |
| 01/26/2023 | 104 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint. Benjamin Wittes, served on 1/20/2023, answer due 2/10/2023. Service was accepted by Benjamin Wittes. Document filed by Jason Goodman. (sc) (Entered: 01/26/2023) |
| 01/27/2023 | 106 | MOTION to Dismiss . Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin. (Attachments: # 1 Text of Proposed Order Proposed Order).(Berlin, Seth) (Entered: 01/27/2023) |
| 01/27/2023 | 107 | MEMORANDUM OF LAW in Support re: 106 MOTION to Dismiss . . Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin..(Berlin, Seth) (Entered: 01/27/2023) |
| 01/27/2023 | 108 | DECLARATION of Seth D. Berlin in Support re: 106 MOTION to Dismiss .. Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin. (Attachments: # 1 Exhibit 1 – Twitter Direct Message, # 2 Exhibit 2– Twitter Post, # 3 Exhibit 3 – Transcript of Telephone Call).(Berlin, Seth) (Entered: 01/27/2023) |
| 01/27/2023 | 109 | NOTICE of Pursuant to Local Civ. Rule 12.1 re: 106 MOTION to Dismiss .. Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin. (Attachments: # 1 Exhibit Rule 56).(Berlin, Seth) (Entered: 01/27/2023) |
| 01/30/2023 | 110 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) Pa1ticular Motion: MTD. ECF No. 106. Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Analisa Torres on 1/30/2023) (kv) (Entered: 01/30/2023) |
| 01/30/2023 | 111 | NOTICE OF MOTION SEEKING A PRELIMINARY INJUNCTION OR RESTRAINING ORDER. Document filed by Jason Goodman. (vfr) (Entered: 01/30/2023) |
| 01/30/2023 | 112 | MOTION TO DISMISS. Document filed by David George Sweigert.(jca) (Entered: 01/30/2023) |
| 01/30/2023 | 113 | AFFIDAVIT OF JASON GOODMAN IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION OR RESTRAINING ORDER re: 111 MOTION for Preliminary Injunction. MOTION for Temporary Restraining Order. Document filed by Jason Goodman. (jca) (Entered: 01/30/2023) |

| 01/30/2023 | 114 | MEMORANDUM IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION OR RESTRAINING ORDER re: 111 MOTION for Preliminary Injunction. MOTION for Temporary Restraining Order. Document filed by Jason Goodman. (jca) (Entered: 01/30/2023) |
|---|---|---|
| 01/31/2023 |  | MAILING RECEIPT: Document No: 110. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 01/31/2023) |
| 01/31/2023 | 115 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non–Dispositive Motion/Dispute: Sanctions, ECF No. 86; General Pretrial AND Dispositive Motion; Particular Motion: Default. ECF No. 60: MTD. ECF No. 106: MTD, ECF No. 112: PreliminaryInjunction, ECF No. 111. SO ORDERED. Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Analisa Torres on 1/31/2023) (jca) (Entered: 01/31/2023) |
| 01/31/2023 | 116 | CERTIFICATE OF SERVICE of Letter to Judge Torres dated 1/31/23 served on Seth Berlin; Maxwell Mishkin; George Webb Sweigert; David George Sweigert; Benjamin Wittes; Margaret Esquenetl; Nina Jankowicz on 1/31/23. Service was made by email. Document filed by Jason Goodman. (sc) (Entered: 01/31/2023) |
| 01/31/2023 | 117 | LETTER addressed to Judge Analisa Torres from Jason Goodman dated 1/31/23 re: Plaintiff submits this letter to supplement the record and reiterate the urgent need to enjoin the defendant David George Sweigert. Document filed by Jason Goodman.(sc) (Entered: 01/31/2023) |
| 02/01/2023 |  | MAILING RECEIPT: Document No: 115. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 02/01/2023) |
| 02/03/2023 | 118 | NOTICE OF MOTION SEEKING COURT ORDERED PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 02/03/2023) |
| 02/04/2023 | 119 | LETTER addressed to Magistrate Judge James L. Cott from D.G. Sweigert, dated 2/4/23 re: ASSIGNMENT OF ECF #111 FOR REPORT & RECOMMENDATION PER ECF #115. Document filed by David George Sweigert.(sc) (Entered: 02/06/2023) |
| 02/05/2023 | 121 | LETTER addressed to Magistrate Judge James L. Cott from D.G. Sweigert, dated 2/3/23 re: "ECF DOC. #118, 2/3/23"– By leave of the Court, the undersigned attaches the Report & Recommendation of Magistrate Judge Steward Aaron(case #1–18–cv–8653–VEC–SDA Doc. #309 filed 8/16/21) concerning the plaintiff's previous use of FRCP Rule 35 to compel a psychological examination. Document filed by David George Sweigert. (Attachments: # 1 Certificate of Service)(sc) (Entered: 02/06/2023) |
| 02/06/2023 | 120 | MOTION for Elizabeth C. Lockwood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27298516. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nina Jankowicz, Benjamin Wittes. (Attachments: # 1 Affidavit Affidavit of Elizabeth C. Lockwood, # 2 Exhibit Lockwood Certificate of Good Standing – DC, # 3 Exhibit Lockwood Certificate of Good Standing – MD, # 4 Exhibit Lockwood Certificate of Good Standing – NY, # 5 Text of Proposed Order Lockwood PHV Motion – Proposed Order).(Lockwood, Elizabeth) (Entered: 02/06/2023) |
| 02/06/2023 | 122 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 2/6/23 Re: SUB: "PRE–MOTION LETTER FOR MOTION TO DISMISS, SEE ECF #12 – REF: (a) INDIVIDUAL PRACTICES RULE III(A); (b) RULE III(B)(iii)."– Pro Se Defendant has exchanged a first set of letters with the plaintiff pursuant to ref(a) and now files this communication pursuant to ref(b) etc. Document filed by David George Sweigert.(sc) Modified on 2/7/2023 (sc). Modified on 2/7/2023 (sc). (Entered: 02/07/2023) |
| 02/07/2023 | 123 | LETTER MOTION for Extension of Time to File Answer re: 100 Amended Complaint, addressed to Magistrate Judge James L. Cott from Elizabeth C. Lockwood dated 2/7/2023. Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 02/07/2023) |

| | | |
|---|---|---|
| 02/07/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 120 MOTION for Elizabeth C. Lockwood to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27298516. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 02/07/2023) |
| 02/07/2023 | 124 | ORDER granting 120 Motion for Elizabeth C. Lockwood to Appear Pro Hac Vice. Application granted. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 02/07/2023) |
| 02/08/2023 | 125 | ORDER granting 123 Letter Motion for Extension of Time to Answer re 123 LETTER MOTION for Extension of Time to File Answer re: 100 Amended Complaint, addressed to Magistrate Judge James L. Cott from Elizabeth C. Lockwood dated 2/7/2023.. Benjamin Wittes answer due 3/6/2023 Jankowicz answer due 3/6/2023. Application granted. The time to move, answer, or otherwise respond to the complaint for defendants Jankowicz and Wittes is extended to March 6, 2023. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 02/08/2023) |
| 02/08/2023 | 126 | LETTER MOTION to Seal *Redact Personal Addresses on Affidavits of Service, ECF Nos. 104 and 105* addressed to Magistrate Judge James L. Cott from Elizabeth Lockwood dated 2/8/2023. Document filed by Nina Jankowicz, Benjamin Wittes. (Attachments: # 1 Exhibit Proposed Redactions of ECF No. 104 – Wittes Affidavit of Service, # 2 Exhibit Proposed Redactions of ECF No 105 – Jankowicz Affidavit of Service).(Lockwood, Elizabeth) (Entered: 02/08/2023) |
| 02/08/2023 | | MAILING RECEIPT: Document No: 124−125. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 02/08/2023) |
| 02/08/2023 | 127 | RESPONSE IN OPPOSITION TO LETTER MOTION SEEKING EXTENSION OF TIME, re: 123 LETTER MOTION for Extension of Time to File Answer re: 100 Amended Complaint, addressed to Magistrate Judge James L. Cott from Elizabeth C. Lockwood dated 2/7/2023. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 02/08/2023) |
| 02/08/2023 | 128 | ORDER granting 126 Letter Motion to Seal. Application granted. The Clerk of Court is respectfully directed to seal Docket Nos. 104 and 105 and make them viewable only to the parties in the litigation. The redacted versions of these affidavits of service should be refiled on the docket as stand−alone documents. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) Transmission to Office of the Clerk of Court for processing. (Entered: 02/08/2023) |
| 02/09/2023 | | MAILING RECEIPT: Document No: 128. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 02/09/2023) |
| 02/09/2023 | 129 | DEFENDANT'S CONDITIONAL ANSWER TO AMENDED COMPLAINT, Re: to 100 Amended Complaint. Document filed by David George Sweigert.(sc) (Entered: 02/09/2023) |
| 02/09/2023 | 130 | DEFENDANT'S CONDITIONAL COUNTERCLAIM AGAINST JASON GOODMAN(COUNTER DEFENDANT).Document filed by David George Sweigert.(sc) (Entered: 02/09/2023) |
| 02/10/2023 | 131 | LETTER from D. G. Sweigert, dated 2/10/23 re: DEFENDANT'S EXHIBITS ANNEX TO ACCOMPANY CONDITIONAL COUNTERCLAIM (ECF #130) AGAINST JASON GOODMAN (COUNTER DEFENDANT). Document filed by David George Sweigert.(sc) (Entered: 02/13/2023) |
| 02/17/2023 | 132 | SECOND AMENDED COMPLAINT FOR FRAUD, DEFAMATION, ABUSE OF PROCESS, CIVIL CONSPIRACY & RACKETEERING, Re: amending 100 Amended Complaint, against Seth Berlin, Bot Sentinel, Inc., Christopher Ellis Bouzy, Margaret Esquenet, Jason Goodman, Nina Jankowicz, Maxwell Mishkin, Adam Sharp, David George Sweigert, George Webb Sweigert, The Academy of Television Arts & Sciences, Benjamin Wittes with JURY DEMAND.Document filed by Jason Goodman. Related document: 100 Amended Complaint.(sc) Modified on 2/17/2023 (sc). (Additional attachment(s) added on 2/17/2023: # 1 Exhibit A) (sc). (Entered: 02/17/2023) |

| | | |
|---|---|---|
| 02/17/2023 | 133 | RICO STATEMENT. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 02/21/2023) |
| 02/20/2023 | 135 | DEFENDANT'S CONDITIONAL ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT(ECF #132),Re: to 132 Amended Complaint. Document filed by David George Sweigert.(sc) (Entered: 02/21/2023) |
| 02/21/2023 | 134 | ORDER. On February 17, 2023, plaintiff filed a second amended complaint and a "RICO Statement" without permission and without making a motion for leave to do so. Under Rule 15 of the Federal Rules of Civil Procedure, plaintiff may not file such pleadings without leave of court. Moreover, plaintiff has not filed any opposition papers to the pending motions to dismiss (Dkt. Nos. 106, 112). Accordingly, plaintiff may have until March 1 to file his opposition to the pending motions and to file any cross–motion for leave to file a second amended complaint. If plaintiff fails to file his opposition papers by March 1, the Court will consider the motions to dismiss to be unopposed. (HEREBY ORDERED by Magistrate Judge James L. Cott) (Text Only Order) (Cott, James) (Entered: 02/21/2023) |
| 02/21/2023 | 136 | LETTER addressed to Magistrate Judge James L. Cott from D. G. Sweigert, dated 2/21/23 re: (a) INDIVIDUAL PRACTICES RULE III(A); (b) RULE III(B) (iii) – The undersigned would deeply appreciate an amended order by the Court directing the plaintiff to respond to ECF #122 on or before 3/1/23. Document filed by David George Sweigert.(sc) (Entered: 02/21/2023) |
| 02/21/2023 | 137 | NOTICE OF MOTION SEEKING LEAVE TO FILE A SECOND AMENDED COMPLAINT, Re: to Amend/Correct 100 Amended Complaint. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 02/21/2023) |
| 02/21/2023 | 138 | DEFENDANT'S CONDITIONAL COUNTERCLAIM AGAINST JASON GOODMAN(COUNTER DEFENDANT).Document filed by David George Sweigert.(sc) (Entered: 02/21/2023) |
| 02/22/2023 | | MAILING RECEIPT: Document No: 134. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 02/22/2023) |
| 02/25/2023 | 139 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 2/25/23 re: "PRE–MOTION LETTER FOR DEFENDANT'S MOTION TO OPPOSE PLAINTIFF'S MOTION FOR LEAVE OF COURT (SEE ECF #140) – REF: (a) INDIVIDUAL PRACTICES RULE III(A)."– Goodman's motion for leave of the Court to make the SAC the operative complaint in this action should be denied etc. Document filed by David George Sweigert.(sc) (Entered: 02/27/2023) |
| 02/28/2023 | 142 | NOTICE OF MOTION SEEKING LEAVE TO FILE AN AMENDED COMPLAINT, Re: to Amend/Correct 132 Amended Complaint. Document filed by Jason Goodman. (Attachments: # 1 Proposed Amended Complaint)(sc) (Entered: 03/01/2023) |
| 03/01/2023 | 140 | RESPONSE IN OPPOSITION TO MOTIONS TO DISMISS, re: 78 MOTION to Dismiss ., 106 MOTION to Dismiss ., 112 MOTION to Dismiss. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 03/01/2023) |
| 03/01/2023 | 141 | (Motion) REQUEST FOR JUDICIAL NOTICE. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 03/01/2023) |
| 03/01/2023 | 143 | NOTICE OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTIONS TO DISMISS(ECF #140), re: 140 Response in Opposition to Motion. Document filed by David George Sweigert. (sc) (Entered: 03/02/2023) |
| 03/02/2023 | 144 | LETTER MOTION to Seal / Redact Date of Birth addressed to Magistrate Judge James L. Cott from Elizabeth Lockwood dated 3/2/2023. Document filed by Nina Jankowicz. (Attachments: # 1 Exhibit 1 – Proposed Redaction of ECF No. 141).(Lockwood, Elizabeth) (Entered: 03/02/2023) |
| 03/02/2023 | 145 | ORDER granting 144 Letter Motion to Seal. Because Docket No. 141 contains personal information that should be redacted as a matter of law, the Clerk is respectfully directed to seal Docket No. 141 so that only the parties to the case have access to it. Accordingly, Docket No. 144–1 will serve as the replacement on the docket for Docket No. 141, and, to the extent necessary, it (and not Docket No. 141) |

| | | |
|---|---|---|
| | | should be cited in any further submissions to the Court. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) Transmission to Office of the Clerk of Court for processing. (Entered: 03/02/2023) |
| 03/03/2023 | | MAILING RECEIPT: Document No: 145. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 03/03/2023) |
| 03/03/2023 | 146 | NOTICE OF DEFENDANT'S AMENDED REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTIONS TO DISMISS re: 140 Response in Opposition to Motion. Document filed by David George Sweigert. (sc) (Entered: 03/03/2023) |
| 03/03/2023 | 147 | LETTER MOTION for Extension of Time *to Align Briefing Schedules* addressed to Magistrate Judge James L. Cott from Seth D. Berlin dated 03/03/2023. Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin..(Berlin, Seth) (Entered: 03/03/2023) |
| 03/03/2023 | 148 | ORDER granting 147 Letter Motion for Extension of Time. Application granted. For efficiency, the request to file a consolidated response by March 14, 2023 is granted, and a combined brief of not more than 20 pages is authorized. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 03/03/2023) |
| 03/04/2023 | 149 | REQUEST FOR ISSUANCE OF SUMMONS as to Margaret Esquenet, re: 100 Amended Complaint. Document filed by Jason Goodman. (sc) (Entered: 03/06/2023) |
| 03/04/2023 | | Transmission to Pro Se Assistants. Transmitted re: 149 Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 03/06/2023) |
| 03/04/2023 | 150 | REQUEST FOR ISSUANCE OF SUMMONS as to Adam Sharp, re: 100 Amended Complaint. Document filed by Jason Goodman. (sc) (Entered: 03/06/2023) |
| 03/04/2023 | | Transmission to Pro Se Assistants. Transmitted re: 150 Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 03/06/2023) |
| 03/04/2023 | 151 | REQUEST FOR ISSUANCE OF SUMMONS as to Frank Scherma, re: 100 Amended Complaint. Document filed by Jason Goodman. (sc) (Entered: 03/06/2023) |
| 03/04/2023 | | Transmission to Pro Se Assistants. Transmitted re: 151 Request for Issuance of Summons, to the Pro Se Assistants for processing. (sc) (Entered: 03/06/2023) |
| 03/05/2023 | 152 | NOTICE OF DEFENDANT'S OPPOSITION(Affirmation of D.G. Sweigert)IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT ECF #142, re: 142 MOTION to Amend/Correct 132 Amended Complaint. Document filed by David George Sweigert. (sc) Modified on 3/6/2023 (sc). (Entered: 03/06/2023) |
| 03/06/2023 | | MAILING RECEIPT: Document No: 148. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 03/06/2023) |
| 03/06/2023 | 153 | MOTION to Dismiss *Amended Complaint*. Document filed by Nina Jankowicz, Benjamin Wittes. (Attachments: # 1 Text of Proposed Order Proposed Order).(Lockwood, Elizabeth) (Entered: 03/06/2023) |
| 03/06/2023 | 154 | MEMORANDUM OF LAW in Support re: 153 MOTION to Dismiss *Amended Complaint*. . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 03/06/2023) |
| 03/07/2023 | | SUMMONS ISSUED as to Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences. (sha) (Entered: 03/07/2023) |
| 03/07/2023 | | Mailed a copy of Summons Issued to Jason Goodman at 252 7th Avenue, Apt. 6S, New York, NY 10001. (sha) (Entered: 03/07/2023) |
| 03/07/2023 | 155 | RESPONSE in Opposition to Motion re: 137 MOTION to Amend/Correct 100 Amended Complaint,., 142 MOTION to Amend/Correct 132 Amended Complaint,,. . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 03/07/2023) |
| 03/08/2023 | 156 | LETTER MOTION to Seal */ Redact Date of Birth in Permanent Protective Order attached to Proposed Third Amended Complaint* addressed to Magistrate Judge James |

| | | |
|---|---|---|
| | | L. Cott from Elizabeth Lockwood dated 3/8/2023. Document filed by Nina Jankowicz. (Attachments: # 1 Exhibit 1 – Proposed Redaction of ECF No. 142–1).(Lockwood, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 157 | ORDER granting 156 Letter Motion to Seal. Application granted. Because Docket No. 142–1 contains personal information that should be redacted as a matter of law, the Clerk is respectfully directed to seal Docket No. 142–1 so that only the parties to the case have access to it. Accordingly, Docket No. 156–1 will serve as the replacement on the docket for Docket No. 142–1, and, to the extent necessary, it (and not Docket No. 142–1) should be cited in any further submissions to the Court. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) Transmission to Office of the Clerk of Court for processing. (Entered: 03/08/2023) |
| 03/09/2023 | | MAILING RECEIPT: Document No: 157. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (dsh) (Entered: 03/09/2023) |
| 03/10/2023 | 158 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 3/11/23 re: " PROPOSED TRANSFER OF THIS ACTION TO THE EASTERN DIST. OF MICHIGAN" – The undersigned Defendant believes that this Court does not have subject–matter jurisdiction over the claims in this action because Mr. Goodman has alleged "fraud on the Court" in the M.I.E.D etc. Document filed by David George Sweigert.(sc) (Entered: 03/13/2023) |
| 03/14/2023 | 159 | REPLY to Response to Motion re: 142 MOTION to Amend/Correct 132 Amended Complaint,.., 106 MOTION to Dismiss . . Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin..(Berlin, Seth) (Entered: 03/14/2023) |
| 03/20/2023 | 160 | Request for Subpoena Received: Request for 1 subpoena(s) from Jason Goodman received on 3/20/23. (sc) Modified on 3/20/2023 (sha). (Entered: 03/20/2023) |
| 03/20/2023 | | Transmission to Pro Se Assistants. Transmitted re: 160 Request for Subpoena – Received, to the Pro Se Assistants for processing. (sc) (Entered: 03/20/2023) |
| 03/20/2023 | | Request for Subpoena Mailed: Request for 1 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, from Jason Goodman mailed on 3/20/2023. (sha) (Entered: 03/20/2023) |
| 03/22/2023 | 161 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 3/22/23 re: "PROPOSED TRANSFER OF THIS ACTION TO THE EASTERN DIST. OF MICHIGAN" –By leave of the Court and in accordance with ref:(a), the undersigned seeks to supplement his Motion for Transfer of this action(Dkt. #158) to the Eastern District of Michigan(M.I.E.D.) if and when the defendants other than the undersigned and his brother(George Webb) are dismissed from this action etc. Document filed by David George Sweigert.(sc) (Entered: 03/22/2023) |
| 03/22/2023 | 162 | Request for Subpoena Received: Request for 1 subpoena(s) from D.G. Sweigert received on 3/22/23. (sc) (Entered: 03/22/2023) |
| 03/22/2023 | | Transmission to Pro Se Assistants. Transmitted re: 162 Request for Subpoena – Received, to the Pro Se Assistants for processing. (sc) (Entered: 03/22/2023) |
| 03/22/2023 | | Request for Subpoena Mailed: Request for 1 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, from D. G. SWEIGERT mailed on 3/22/2023. (sha) (Entered: 03/22/2023) |
| 03/23/2023 | 163 | REQUEST FOR JUDICIAL NOTICE & EVIDENTIARY HEARING. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 03/23/2023) |
| 03/24/2023 | 165 | CERTIFICATE OF SERVICE of Subpoena, served on Richard Loury on 3/24/23. Service was accepted by Richard Loury. Document filed by Jason Goodman. (sc) (Entered: 03/24/2023) |
| 03/26/2023 | 166 | Request for Subpoena Received: Request for 1 subpoena(s) from Jason Goodman received on 3/26/23. (sc) (Entered: 03/27/2023) |
| 03/26/2023 | 167 | NOTICE OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURS. TO F.R.E. 201(c)(2). Document filed by Jason Goodman. (sc) (Entered: 03/27/2023) |

| 03/26/2023 | | Transmission to Pro Se Assistants. Transmitted re: <u>166</u> Request for Subpoena – Received, to the Pro Se Assistants for processing. (sc) (Entered: 03/27/2023) |
|---|---|---|
| 03/27/2023 | | Request for Subpoena Mailed: Request for 1 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, from Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001 mailed on 03/27/2023. (ta) (Entered: 03/27/2023) |
| 03/28/2023 | <u>168</u> | MOTION TO QUASH SUBPOENA AND TO ISSUE A PROTECTIVE ORDER. Document filed by Jason Goodman. (Attachments: # <u>1</u> Certificate of Service)(sc) (Entered: 03/28/2023) |
| 03/30/2023 | <u>169</u> | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Sanctions, ECF No. 86, PVTRO. ECF No. 111, Court–ordered evaluation, ECF No. 118, Judicial notice. ECF Nos. 141. 163. 167. Quash subpoena/protective order, ECF No. 168. Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motions: Motion for default judgment, ECF No. 60Motion to set aside default. ECF No. 68, MTDs, ECF Nos. 78, 106, 112, 153, Motion to file amended complaint. ECF Nos. 137, 142. Motions to transfer, ECF Nos. 158, 161 Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Analisa Torres on 3/30/2023) (rro) (Entered: 03/30/2023) |
| 03/30/2023 | <u>170</u> | NOTICE OF DEFENDANT'S SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION – RESPONSE TO THE PLAINTIFF'S DOCUMENT #168, re: <u>168</u> MOTION to Quash Subpoena. Document filed by David George Sweigert. (sc) (Entered: 03/31/2023) |
| 03/31/2023 | | MAILING RECEIPT: Document No: 169. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 03/31/2023) |
| 04/03/2023 | <u>171</u> | MOTION for Sanctions *against Plaintiff Jason Goodman*. Document filed by Nina Jankowicz, Benjamin Wittes. (Attachments: # <u>1</u> Text of Proposed Order).(Lockwood, Elizabeth) (Entered: 04/03/2023) |
| 04/03/2023 | <u>172</u> | MEMORANDUM OF LAW in Support re: <u>171</u> MOTION for Sanctions *against Plaintiff Jason Goodman*. . Document filed by Nina Jankowicz, Benjamin Wittes. (Attachments: # <u>1</u> Exhibit 1 – Decl. of Nina Jankowicz, # <u>2</u> Exhibit 2 – Decl. of Benjamin Wittes).(Lockwood, Elizabeth) (Entered: 04/03/2023) |
| 04/04/2023 | <u>173</u> | NOTICE OF APPEARANCE by Mary Catherine Brennan on behalf of Margaret Esquenet, The Academy of Television Arts & Sciences..(Brennan, Mary) (Entered: 04/04/2023) |
| 04/04/2023 | <u>174</u> | WAIVER OF SERVICE RETURNED EXECUTED. Jason Goodman waiver sent on 3/13/2023, answer due 5/12/2023. Document filed by Margaret Esquenet..(Brennan, Mary) (Entered: 04/04/2023) |
| 04/04/2023 | <u>175</u> | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by The Academy of Television Arts & Sciences..(Brennan, Mary) (Entered: 04/04/2023) |
| 04/04/2023 | <u>176</u> | REQUEST FOR JUDICIAL NOTICE OF RICHARD LOURY'S RESPONSE TO SUBPOENA. Document filed by Jason Goodman.(sc) Modified on 4/4/2023 (sc). (Entered: 04/04/2023) |
| 04/04/2023 | <u>177</u> | CERTIFICATE OF SERVICE of Request for Judicial Notice, served on Seth D. Berlin, Maxwell S. Mishkin, George Webb Sweigert, David G. Sweigert, Margaret Esquenet, Liz Lockwood on 4/4/23. Service was made by by electronic service. Document filed by Jason Goodman..(sc) (Entered: 04/04/2023) |
| 04/04/2023 | <u>178</u> | Request for Subpoena Received: Request for 1 subpoena(s) from Jason Goodman received on 4/4/23. (sc) (Entered: 04/05/2023) |
| 04/04/2023 | | Transmission to Pro Se Assistants. Transmitted re: <u>178</u> Request for Subpoena – Received, to the Pro Se Assistants for processing. (sc) (Entered: 04/05/2023) |
| 04/05/2023 | | Request for Subpoena Mailed: Request for 1 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, from Jason Goodman 252 |

| | | |
|---|---|---|
| | | 7th Avenue Apt. 6S New York, NY 10001 mailed on 04/05/2023. (ta) (Entered: 04/05/2023) |
| 04/06/2023 | 179 | REQUEST FOR JUDICIAL NOTICE OF FACTS RELATED TO SERVICE OF PROCESS UPON ADAM SHARP AND FOR AN EVIDENTIARY HEARING ON RELATED EVIDENCE. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service) (ok) (Entered: 04/06/2023) |
| 04/06/2023 | 180 | NOTICE OF DEFENDANT'S SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION RESPONSE TO PLAINTIFF'S EVIDENTIARY HEARING DKT. 178. Document filed by David George Sweigert. (ok) (Entered: 04/07/2023) |
| 04/07/2023 | 181 | LETTER addressed to Judge Analisa Torres from J. Goodman, dated 4/7/23 re: I request that you take additional notice of the urgent need to permanently enjoin Mr. Sweigert from cyber stalking and harassing me. I have reported him to law enforcement many times etc. I pray the Court will consider the full scope of its capability to compel Mr. Sweigert to behave like a normal litigant etc. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 04/10/2023) |
| 04/10/2023 | 182 | LETTER: addressed to Judge Analisa Torres from Jason Goodman dated 4/07/2023 re: I respectfully request that you take additional notice of the urgent need to permanently enjoin Mr. Sweigert from cyber stalking and harassing me. I have reported him to law enforcement many times. The NY FBI, Detroit FBI, Philadelphia FBI, Columbia, SC FBI, NYPD, Detroit PD, Philadelphia PD all have declined to take action. Virtually every day for the past six years, Mr. Sweigert has focused his attention on cyberstalking and harassing me in anyway he can muster. Document filed by Jason Goodman.(ama) (Entered: 04/13/2023) |
| 04/14/2023 | 183 | NOTICE OF DEFENDANT'S SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION RESPONSE TO PLAINTIFF'S DOCUMENTS G 181 & 182. Document filed by Jason Goodman. (sc) (Entered: 04/17/2023) |
| 04/14/2023 | 184 | RESPONSE in Opposition to Motion re: 171 MOTION for Sanctions *against Plaintiff Jason Goodman*. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service).(sc) (Entered: 04/17/2023) |
| 04/16/2023 | 185 | Request for Subpoena Received: Request for 1 subpoena(s) from D.G. Sweigert received on 4/16/23. (sc) (Entered: 04/17/2023) |
| 04/16/2023 | | Transmission to Pro Se Assistants. Transmitted re: 185 Request for Subpoena – Received, to the Pro Se Assistants for processing. (sc) (Entered: 04/17/2023) |
| 04/18/2023 | 186 | MOTION TO QUASH SUBPOENA & TO ISSUE A PROTECTIVE ORDER. Document filed by Jason Goodman.(sc) (Entered: 04/18/2023) |
| 04/18/2023 | 187 | CERTIFICATE OF SERVICE of Response in Opposition to Motion, served on Seth D. Berlin, Maxwell S. Mishkin, George Webb Sweigert, David G. Sweigert, Margaret Esquenet, Liz Lockwood on 4/18/23. Service was made via email to Berlin@ballardspahr.com, MishkinM@ballardspahr.com; georg.webb@gmail.com; spoliation–notice@mailbox.org; MaryKate.Brennan@finnegan.com; and liz.lockwood@alilockwood.com. Document filed by Jason Goodman. (sc) (Entered: 04/18/2023) |
| 04/18/2023 | 188 | NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH DKT 186, WITH A SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION, re: 186 MOTION to Quash Subpoena.. Document filed by David George Sweigert. (sc) (Entered: 04/19/2023) |
| 04/19/2023 | | Request for Subpoena Mailed: Request for 1 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, from D.G. Sweigert mailed on 4/19/2023. (sha) (Entered: 04/19/2023) |
| 04/21/2023 | 189 | Request for Subpoena Received: Request for 1 subpoena(s) from Jason Goodman received on 4/21/23. (sc) (Entered: 04/21/2023) |
| 04/21/2023 | | Transmission to Pro Se Assistants. Transmitted re: 189 Request for Subpoena – Received, to the Pro Se Assistants for processing. (sc) (Entered: 04/21/2023) |

| 04/21/2023 | | Request for Subpoena Mailed: Request for 1 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, from Jason Goodman mailed on 4/21/2023. (sha) (Entered: 04/21/2023) |
|---|---|---|
| 04/21/2023 | 190 | NOTICE OF APPEARANCE by John Tyler Mills on behalf of Adam Sharp..(Mills, John) (Entered: 04/21/2023) |
| 04/21/2023 | 191 | REQUEST(Motion) FOR JUDICIAL NOTICE. Document filed by Jason Goodman.(sc) (Entered: 04/21/2023) |
| 04/21/2023 | 192 | NOTICE OF APPEARANCE by Brian Edward Middlebrook on behalf of Adam Sharp..(Middlebrook, Brian) (Entered: 04/21/2023) |
| 04/21/2023 | 193 | FIRST LETTER MOTION for Extension of Time to File Answer *or Otherwise Respond to Amended Complaint* addressed to Judge Analisa Torres from John Mills dated 04/21/2023. Document filed by Adam Sharp..(Mills, John) (Entered: 04/21/2023) |
| 04/22/2023 | 194 | ORDER granting 193 Letter Motion for Extension of Time to Answer re 193 FIRST LETTER MOTION for Extension of Time to File Answer *or Otherwise Respond to Amended Complaint* addressed to Judge Analisa Torres from John Mills dated 04/21/2023.. Adam Sharp answer due 5/12/2023. The time for defendant Sharp to move, answer, or otherwise respond to the amended complaint is extended to May 12, 2023. As Judge Torres has referred this case to me for general pretrial supervision, any future applications of this kind should be directed to my attention. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 04/22/2023) |
| 04/22/2023 | 195 | NOTICE OF DEFENDANT'S MOTION FOR A JURISDICTIONAL DISCOVERY ORDER AGAINST GOOGLE, LLC WITH SWORN STATEMENT TO PRECLUDE PERSONAL JURISDICTION. Document filed by David George Sweigert. (sc) (Entered: 04/24/2023) |
| 04/22/2023 | 196 | Request for Subpoena Received: Request for 1 subpoena(s) from D.G. Sweigert received on 4/22/23. (sc) (Entered: 04/24/2023) |
| 04/22/2023 | | Transmission to Pro Se Assistants. Transmitted re: 196 Request for Subpoena – Received, to the Pro Se Assistants for processing. (sc) (Entered: 04/24/2023) |
| 04/24/2023 | | MAILING RECEIPT: Document No: 194. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 04/24/2023) |
| 04/24/2023 | | Request for Subpoena Mailed: Request for 1 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises, from Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001 mailed on 04/24/2023. (ta) (Entered: 04/24/2023) |
| 04/28/2023 | 197 | REPLY MEMORANDUM OF LAW in Support re: 171 MOTION for Sanctions *against Plaintiff Jason Goodman*. . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 04/28/2023) |
| 04/28/2023 | 199 | DEFENDANT'S PRAECIPE NOTICE TO THE CLERK. Document filed by David George Sweigert. (sc) (Entered: 05/01/2023) |
| 04/28/2023 | 200 | DEFENDANT'S OBJECTION TO THE PLAINTIFF'S DKT. 179 "REQUEST FOR JUDICIAL NOTICE" re: 179 Remark. Document filed by David George Sweigert. (sc) (Entered: 05/01/2023) |
| 04/30/2023 | 198 | DEFENDANT'S MOTION PURS. TO F.R.C.P. 12(f) TO STRIKE PLAINTIFF'S 176 "REQUEST FOR JUDICIAL NOTICE," Re: to Strike Document No. 176 . Document filed by David George Sweigert.(sc) (Entered: 05/01/2023) |
| 04/30/2023 | 201 | LETTER addressed to Magistrate Judge James L. Cott from D.G. Sweigert dated 4/30/23 re: The undersigned does not place himself under the jurisdiction of the Court. Nevertheless, in an effort to preserve scarce judicial resources, the undersigned brings the following matters to your attention(as indicated) etc. Document filed by David George Sweigert.(sc) (Entered: 05/01/2023) |

| 05/02/2023 | 202 | ORDER Having observed that yet another motion in this case was filed yesterday (Dkt. No. 198), the Court hereby directs all parties to cease from filing any motion, letter–motion, or request for judicial notice, without leave of the Court, until further order of the Court, so that the Court may decide all of the many pending motions without the continued filing of additional motions. If any such request for leave to file is made, and all parties are strongly discouraged from making any such requests while the current motions remain pending, it must include: (a) a one–page motion titled Motion for Leave to File that explains why the party should be permitted to file the letter or motion; and (b) a one–page statement, made under penalty of perjury, stating (i) that the filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules. SO ORDERED. (Signed by Magistrate Judge James L. Cott on 5/2/2023) (jca) (Entered: 05/02/2023) |
| 05/03/2023 | | MAILING RECEIPT: Document No: 202. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 05/03/2023) |
| 05/08/2023 | 203 | ORDER ANDREPORT AND RECOMMENDATION re: 141 MOTION REQUEST FOR JUDICIAL NOTICE. filed by Jason Goodman, 171 MOTION for Sanctions *against Plaintiff Jason Goodman.* filed by Benjamin Wittes, Nina Jankowicz, 186 MOTION to Quash Subpoena. filed by Jason Goodman, 86 MOTION for Sanctions. filed by Jason Goodman, 118 MOTION SEEKING COURT ORDERED PSYCHOLOGICAL EVALUATION OF DEFENDANT DAVID GEORGE SWEIGERT. filed by Jason Goodman, 137 MOTION to Amend/Correct 100 Amended Complaint,. filed by Jason Goodman, 60 MOTION for Default Judgment as to. MOTION for Permanent Injunction. filed by Jason Goodman, 142 MOTION to Amend/Correct 132 Amended Complaint,,. filed by Jason Goodman, 153 MOTION to Dismiss *Amended Complaint.* filed by Benjamin Wittes, Nina Jankowicz, 191 MOTION FOR JUDICIAL NOTICE. filed by Jason Goodman, 168 MOTION to Quash Subpoena. filed by Jason Goodman, 111 MOTION for Preliminary Injunction. MOTION for Temporary Restraining Order. filed by Jason Goodman, 106 MOTION to Dismiss . filed by Maxwell Mishkin, Christopher Ellis Bouzy, Bot Sentiel, Inc., Seth Berlin, 112 MOTION to Dismiss. filed by David George Sweigert, 198 MOTION to Strike Document No. 176 . filed by David George Sweigert. For the reasons stated herein, the pending motions to dismiss should all be granted, and Goodman should be denied leave to further amend his complaint. In addition, Goodman's motion for sanctions should be denied and Wittes's and Jankowicz's motion for sanctions in the form of a filing injunction should be granted and a filing injunction as detailed in this Report should be imposed. Goodman's motion for a preliminary injunction against Sweigert and for a default judgment against Bouzy and Bot Sentinel should be denied. The following motions, which are all non–dispositive, are denied: Goodman's motion for a court–ordered psychiatric evaluation; Goodman's and Sweigert's motions for judicial notice; Sweigert's motions to transfer; and Goodman's motions to quash. Bouzy and Bot Sentinel's motion to vacate the default entered against them is granted. The Clerk is respectfully directed to close docket numbers 118, 141, 168, 186, 191 and 198 and mark them all as "denied." IT IS SO ORDERED as to Goodman's motion for a court–ordered psychiatric evaluation; Goodmans and Sweigert's motions for judicial notice; Sweigert's motions to transfer; Goodmans motions to quash; and Bouzy and Bot Sentinel's motion to vacate default. As to these motions, the parties have fourteen (14) days (including weekends and holidays) to file any objections, which will be reviewed for clear error pursuant to Rule 72(a) of the Federal Rules of Civil Procedure. (And as further set forth herein.) Objections to R&R due by 5/22/2023 (Signed by Magistrate Judge James L. Cott on 5/8/2023) (jca) (Entered: 05/08/2023) |
| 05/09/2023 | | MAILING RECEIPT: Document No: 203. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 05/09/2023) |
| 05/09/2023 | 204 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 5/8/23 re: "REQUEST FOR LEAVE OF THE COURT TO FILE MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS DKT 112 FILED 1/30/23. Document filed by David George Sweigert.(sc) (Entered: 05/09/2023) |
| 05/12/2023 | 205 | JOINT MOTION to Dismiss *Amended Complaint.* Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences. Responses due by 6/9/2023.(Mills, John) (Entered: 05/12/2023) |

| | | |
|---|---|---|
| 05/12/2023 | 206 | JOINT MEMORANDUM OF LAW in Support re: 205 JOINT MOTION to Dismiss *Amended Complaint*. . Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 05/12/2023) |
| 05/12/2023 | 207 | CERTIFICATE OF SERVICE of Joint Motion to Dismiss Amended Complaint and Supporting Documents served on Jason Goodman on 05/12/2023. Service was made by U.S. Mail and Electronic Mail. Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 05/12/2023) |
| 05/16/2023 | 208 | MOTION for Reconsideration re; 203 Report and Recommendations,,,,,,,,,,,,, . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 05/16/2023) |
| 05/16/2023 | 209 | MEMORANDUM OF LAW in Support re: 208 MOTION for Reconsideration re; 203 Report and Recommendations,,,,,,,,,,,, . . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 05/16/2023) |
| 05/18/2023 | 210 | MOTION, Re: Request for Judicial Service. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 05/19/2023) |
| 05/22/2023 | 211 | ORDER denying 210 Motion for Judicial Notice re: 210 MOTION Request for Judicial Service. Per the Court's order of May 2, 2023 (Dkt. No. 202), this motion is denied as it was filed without court permission. Given the current posture of the case, in which there is pending an Order & Report and Recommendation (Dkt. No. 203), the only proper submissions for plaintiff to make at this time are (1) any objections to the Order & Report and Recommendation; (2) any opposition to the joint motion to dismiss filed at Docket No. 205; and (3) any opposition to the motion for reconsideration filed at Docket No. 208. (HEREBY ORDERED by Magistrate Judge James L. Cott)(Text Only Order) (Cott, James) (Entered: 05/22/2023) |
| 05/22/2023 | 212 | OBJECTION TO ORDER & RECOMMENDATION, Re: to 203 Report and Recommendations Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 05/22/2023) |
| 05/23/2023 | | MAILING RECEIPT: Document No: 211. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 05/23/2023) |
| 05/26/2023 | 213 | RESPONSE in Opposition to Motion re: 205 JOINT MOTION to Dismiss *Amended Complaint*. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service) (sac) (Entered: 05/26/2023) |
| 05/29/2023 | 214 | NOTICE OF INTERLOCUTORY APPEAL from 211 Order on Motion for Miscellaneous Relief,, 202 Order,,,,. Document filed by David George Sweigert..(nd) (Entered: 05/30/2023) |
| 05/30/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 214 Notice of Interlocutory Appeal..(nd) (Entered: 05/30/2023) |
| 05/30/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 214 Notice of Interlocutory Appeal filed by David George Sweigert were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/30/2023) |
| 05/30/2023 | 215 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 5/30/23 re: REQUEST FOR LEAVE OF THE COURT TO FILE MOTION TO STAY PROCEEDINGS PENDING UNDERSIGNED 28:1292(a)(1) APPEAL. Document filed by David George Sweigert.(sc) (Entered: 05/30/2023) |
| 05/30/2023 | 216 | RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION, re: 208 MOTION for Reconsideration re; 203 Report and Recommendations, . Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) Modified on 5/31/2023 (nb). (Entered: 05/31/2023) |
| 06/02/2023 | 217 | REPLY re: 212 Objection to Report and Recommendations . Document filed by Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin. (Attachments: # 1 Exhibit A – May 10, 2023 email).(Berlin, Seth) (Entered: 06/02/2023) |
| 06/05/2023 | 218 | REPLY MEMORANDUM OF LAW in Support re: 208 MOTION for Reconsideration re; 203 Report and Recommendations,,,,,,,,,,, . . Document filed by |

| | | |
|---|---|---|
| | | Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 06/05/2023) |
| 06/05/2023 | 219 | REPLY re: 212 Objection to Report and Recommendations . Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 06/05/2023) |
| 06/05/2023 | 220 | MOTION FOR LEAVE TO FILE, Re: for Leave to File Motion seeking recusal of Magistrate Judge James Cott. Document filed by Jason Goodman.(sc) (Entered: 06/05/2023) |
| 06/05/2023 | 221 | AFFIDAVIT(AFFIRMATION) OF JASON GOODMAN in Support of re: 220 MOTION for Leave to File Motion seeking recusal of Magistrate Judge James Cott. Document filed by Jason Goodman. (sc) (Entered: 06/05/2023) |
| 06/05/2023 | 222 | MEMORANDUM OF LAW IN SUPPORT OF RECUSAL OR DISQUALIFICATION OF MAG. JUDGE JAMES L. COTT, Re: 220 MOTION for Leave to File Motion seeking recusal of Magistrate Judge James Cott. Document filed by Jason Goodman. (sc) (Entered: 06/05/2023) |
| 06/12/2023 | 223 | REPLY MEMORANDUM OF LAW in Support re: 205 JOINT MOTION to Dismiss *Amended Complaint*. . Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 06/12/2023) |
| 06/12/2023 | 224 | CERTIFICATE OF SERVICE of Reply in Further Support of Joint Motion to Dismiss Plaintiff's Amended Complaint served on Jason Goodman on 06/09/2023. Service was made by Email, ECF and U.S. Mail. Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 06/12/2023) |
| 06/12/2023 | 225 | DECLARATION of John Mills in Support re: 205 JOINT MOTION to Dismiss *Amended Complaint*.. Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 06/12/2023) |
| 06/12/2023 | 226 | ORDER denying 208 Motion for Reconsideration re 208 MOTION for Reconsideration re; 203 Report and Recommendations. . filed by Benjamin Wittes, Nina Jankowicz. Accordingly, the motion for reconsideration is denied. The Clerk is respectfully directed to close docket number 208 and mark it as "denied." SO ORDERED. (Signed by Magistrate Judge James L. Cott on 6/12/2023) (jca) (Entered: 06/12/2023) |
| 06/12/2023 | 227 | MEMORANDUM ORDER granting in part and denying in part 220 Letter Motion for Leave to File Document. The Clerk is respectfully directed to close Docket No. 220 and mark it as "granted as to leave to file, but denied as to recusal." SO ORDERED. (Signed by Magistrate Judge James L. Cott on 6/12/2023) (jca) (Entered: 06/12/2023) |
| 06/12/2023 | 228 | REPORT AND RECOMMENDATION for 203 For the reasons set forth in its May 8 R & R, the Court recommends that the claims against ATAS, Sharp, and Esquenet be dismissed. It hereby incorporates its prior analysis and will not repeat it here. Moreover, given that Goodman filed virtually the same allegations against these defendants in a case before Judge Caproni, and that she dismissed them without leave to amend, see Goodman v. Sharp, No. 21–CV–10627 (VEC), 2022 WL 2702609, at *6 (S.D.N.Y. July 12, 2022), the claims against them here are also barred by the doctrine of res judicata. See Def. Mem. at 7–11; Def. Reply at 2–5. Goodman should not be permitted to continue to file the same allegations against these defendants in multiple lawsuits. Accordingly, as requested by defendants ATAS, Sharp, and Esquenet (and as the Court previously recommended with respect to defendants Wittes and Jankowicz), a filing injunction should be imposed barring any future filings by Goodman in this District against them without first obtaining leave of court to do so. See May 8 R & R at 34–38. Objections to R&R due by 6/26/2023 (Signed by Magistrate Judge James L. Cott on 6/12/2023) (jca) Modified on 6/16/2023 (jca). Modified on 6/20/2023 (jca). (Entered: 06/12/2023) |
| 06/13/2023 | | MAILING RECEIPT: Document No: 226–228. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 06/13/2023) |
| 06/13/2023 | 229 | ORDER of USCA (Certified Copy) as to 214 Notice of Interlocutory Appeal filed by David George Sweigert. USCA Case Number 23–874. Appellant has filed a notice of appeal from a magistrate judge order dated May 02, 2023. The order appears to be non–appealable. See 28 U.S.C. §1292; 28 U.S.C. § 636(b)(1), (c)(1). Appellant is |

| | | |
|---|---|---|
| | | advised that the order may be appropriate for the district judge to review upon Appellants filing of objections. See 28 U.S.C. § 636 (b)(1). IT IS HEREBY ORDERED that Appellant file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due June 27, 2023. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 6/13/2023..(nd) (Entered: 06/13/2023) |
| 06/14/2023 | 230 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 6/14/23 re:" REQUEST FOR LEAVE TO FILE MOTION/ORDER FOR SHOW CAUSE HEARING TO DECLARE JASON GOODMAN A VEXATIOUS LITIGANT"– This action is necessary as Mr. Goodman continues to broadcast on social media to thousands of viewers his intent to bring new legal actions against the undersigned and Judge Valerie Caproni as co–conspirators working for the F.B.I. etc. Document filed by David George Sweigert.(sc) (Entered: 06/15/2023) |
| 06/15/2023 | 231 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 6/15/23 re: SUPPLEMENTAL REQUEST FOR LEAVE TO FILE MOTION ORDER FOR SHOW CAUSE HEARING TO DECLARE JASON GOODMAN A VEXATIOUS LITIGANT. Document filed by David George Sweigert.(sc) (sc). (Entered: 06/16/2023) |
| 06/20/2023 | 232 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 6/18/23 re: "DISTRICT JUDGE REVIEW OF ECF 202 AS SUGGESTED BY THE CLERK OF THE SECOND CIRCUIT" – As is the history with Magistrate Judge Cott, his Order provides no meaningful opportunity for the undersigned to be heard, consequently the Order is appealable pursuant to F.R.C.P. 60(b)(4) etc.th. Document filed by David George Sweigert.(sc) (Main Document 232 replaced on 6/26/2023) (sc). (Entered: 06/20/2023) |
| 06/20/2023 | 233 | REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S OBJECTION TO ORDER & REPORT & RECOMMENDATION. Document filed by Jason Goodman. (Attachments: # 1 Certificate of Service)(sc) (Entered: 06/20/2023) |
| 06/20/2023 | 234 | MOTION FOR LEAVE TO FILE, Re: for Leave to File Response in support of Defendant Sweigert's motion for a show cause hearing. Document filed by Jason Goodman.(sc) (Entered: 06/20/2023) |
| 06/20/2023 | 235 | STATEMENT PURS. TO ORDER ECF #202. Document filed by Jason Goodman. (sc) (Entered: 06/20/2023) |
| 06/20/2023 | 236 | LETTER addressed to Judge Analisa Torres from J. Goodman, dated 6/20/23 re: I am prepared to demonstrate with evidence that I am not a vexatious litigant. I am a non–attorney struggling to resist a six–year lawfare assault from a professional hacker etc. Document filed by Jason Goodman.(sc) (Entered: 06/20/2023) |
| 06/25/2023 | 237 | NOTICE OF SERIOUS ERROR IN THE COURT DOCKET REQUIRING IMMEDIATE CORRECTION. Document filed by David George Sweigert. (sc) (Entered: 06/26/2023) |
| 06/28/2023 | 238 | ORDER ADOPTING REPORT AND RECOMMENDATION for 171 Motion for Sanctions filed by Benjamin Wittes, Nina Jankowicz, 86 Motion for Sanctions filed by Jason Goodman, 205 Motion to Dismiss filed by Adam Sharp, The Academy of Television Arts & Sciences, Margaret Esquenet, 137 Motion to Amend/Correct filed by Jason Goodman, 60 Motion for Default Judgment, Motion for Permanent Injunction filed by Jason Goodman, 142 Motion to Amend/Correct filed by Jason Goodman, 153 Motion to Dismiss filed by Benjamin Wittes, Nina Jankowicz, 111 Motion for Preliminary Injunction, Motion for TRO filed by Jason Goodman, 106 Motion to Dismiss filed by Maxwell Mishkin, Christopher Ellis Bouzy, Bot Sentiel, Inc., Seth Berlin, 112 Motion to Dismiss filed by David George Sweigert. For the foregoing reasons, the Court OVERRULES the parties' objections and ADOPTS the conclusions in the Second R&R. Accordingly: 1. Goodman's motion for default judgment against Bouzy and Bot Sentinel is DENIED. 2. Goodman's motion for sanctions against Bouzy, Bot Sentinel, and Berlin is DENIED. Defendants' request for attorney's fees is DENIED. 3. Goodman's motion for a preliminary injunction is DENIED. 4. Bouzy, Bot Sentinel, Berlin, and Mishkin's motion to dismiss is GRANTED. 5. Sweigert's motion to dismiss is GRANTED. 6. Jankowicz and Wittes's motion to dismiss is |

| | | |
|---|---|---|
| | | GRANTED. 7. For the same reasons that the Court grants the other Defendants' motions to dismiss, Esquenet, Sharp, and ATAS's motion to dismiss is GRANTED. 8. Goodman's motion for leave to amend his complaint is DENIED. 9. Jankowicz and Wittes's motion for sanctions is GRANTED. Goodman is enjoined from filing additional documents on the docket relating to Wittes or Jankowicz in this District; filing any federal district court action against Wittes or Jankowicz relating to the subject matter in this case; and filing any new pro se action against Wittes or Jankowicz in any federal district court without first obtaining leave of that court. Defendants' request for attorney's fees is DENIED. The complaint is DISMISSED with prejudice as to all Defendants. The Clerk of Court is directed to terminate the motions at ECF Nos. 60, 86, 106, 111, 112, 137, 142, 153, 171, and 205. The Clerk of Court is further directed to amend the case caption to correct the spelling of Defendants name to "Bot Sentinel, Inc.," mail a copy of this order to Plaintiff pro se, and to close the case. SO ORDERED. (Signed by Judge Analisa Torres on 6/28/2023) (kv) Transmission to Orders and Judgments Clerk for processing. (Entered: 06/28/2023) |
| 06/28/2023 | 240 | NOTICE OF APPEAL from 238 Order Adopting Report and Recommendations. Document filed by David George Sweigert. Form D–P is due within 14 days to the Court of Appeals, Second Circuit.(km) (Entered: 06/29/2023) |
| 06/29/2023 | | MAILING RECEIPT: Document No: 238. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 06/29/2023) |
| 06/29/2023 | 239 | CLERK'S JUDGMENT re: 238 Order Adopting Report and Recommendations in favor of Bot Sentinel, Inc., The Academy of Television Arts & Sciences, Adam Sharp, Benjamin Wittes, Christopher Ellis Bouzy, David George Sweigert, George Webb Sweigert, Margaret Esquenet, Maxwell Mishkin, Nina Jankowicz, Seth Berlin against Jason Goodman. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated June 28, 2023, the Court has OVERRULED the parties' objections and ADOPTED the conclusions in the Second R&R. Accordingly: 1. Goodmans motion for default judgment against Bouzy and Bot Sentinel is DENIED. 2. Goodman's motion for sanctions against Bouzy, Bot Sentinel, and Berlin is DENIED. Defendants' request for attorney's fees is DENIED. 3. Goodman's motion for a preliminary injunction is DENIED. 4. Bouzy, Bot Sentinel, Berlin, and Mishkin's motion to dismiss is GRANTED. 5. Sweigert's motion to dismiss is GRANTED. 6. Jankowicz and Wittes's motion to dismiss is GRANTED. 7. For the same reasons that the Court grants the other Defendant's motions to dismiss, Esquenet, Sharp, and ATAS's motion to dismiss is GRANTED. 8. Goodman's motion for leave to amend his complaint is DENIED. 9. Jankowicz and Wittes's motion for sanctions is GRANTED. Goodman is enjoined from filing additional documents on the docket relating to Wittes or Jankowicz in this District; filing any federal district court action against Wittes or Jankowicz relating to the subject matter in this case; and filing any new pro se action against Wittes or Jankowicz in any federal district court without first obtaining leave of that court. Defendants' request for attorney's fees is DENIED. The complaint is DISMISSED with prejudice as to all Defendants; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 6/29/2023) (Attachments: # 1 Appeal Package) (km) (Entered: 06/29/2023) |
| 06/29/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 240 Notice of Appeal.(km) (Entered: 06/29/2023) |
| 06/29/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 240 Notice of Appeal filed by David George Sweigert were transmitted to the U.S. Court of Appeals.(km) (Entered: 06/29/2023) |
| 06/30/2023 | | MAILING RECEIPT: Document No: 239. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (kh) (Entered: 06/30/2023) |
| 06/30/2023 | 241 | MOTION to Alter Judgment re: 239 Clerk's Judgment,,,,,,,, . Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 06/30/2023) |
| 06/30/2023 | 242 | MEMORANDUM OF LAW in Support re: 241 MOTION to Alter Judgment re: 239 Clerk's Judgment,,,,,,, . . Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Mills, John) (Entered: 06/30/2023) |

| 07/01/2023 | 244 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 7/4/23 re: The undersigned submits this letter motion to request that the Court narrowly alter or amend its 6/28/23 Order, ECF 238, to expand the filing injunction this Court entered against Plaintiff Jasn Goodman to include the undersigned under its protection. Document filed by David George Sweigert.(sc) (Entered: 07/05/2023) |
|---|---|---|
| 07/01/2023 | 245 | NOTICE OF OBJECTIONS TO DEFENDANTS' (ADAM SHARP, ET AL.) RENEWED REQUEST FOR A PREFILING ORDER, ECF #241 & #242. re: 241 MOTION to Alter Judgment re: 239 Clerk's Judgment , 242 Memorandum of Law in Support of Motion. Document filed by David George Sweigert. (sc) (Entered: 07/05/2023) |
| 07/01/2023 | 246 | NOTICE OF OBJECTIONS TO DEFENDANTS' (ADAM SHARP, ET AL.) RENEWED REQUEST FOR A PREFILING ORDER, ECF #241 & #242, re: 241 MOTION to Alter Judgment re: 239 Clerk's Judgment, , 242 Memorandum of Law in Support of Motion. Document filed by David George Sweigert. (sc) (Entered: 07/05/2023) |
| 07/03/2023 | 243 | LETTER addressed to Judge Analisa Torres from Seth D. Berlin dated 07/03/2023 re: Filing Injunction. Document filed by Seth Berlin, Bot Sentinel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin..(Berlin, Seth) (Entered: 07/03/2023) |
| 07/09/2023 | 247 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 7/9/23 re: The undersigned submits this letter motion to request that the Court narrowly alter or amend its 6/28/23 Order and the filing injunction this Court entered against Plaintiff Jason Goodman to include the undersigned under its protection etc. Document filed by David George Sweigert.(sc) (Entered: 07/11/2023) |
| 07/12/2023 | 248 | MOTION for Attorney Fees . Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Heavner, B. Brett) (Entered: 07/12/2023) |
| 07/12/2023 | 249 | MEMORANDUM OF LAW in Support re: 248 MOTION for Attorney Fees . . Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences. (Attachments: # 1 Affidavit Declaration of Heavner Is Support Motion for Attorneys' Fees, # 2 Affidavit Declaration of Mills In Support of Motion for Attorneys' Fees).(Heavner, B. Brett) (Entered: 07/12/2023) |
| 07/12/2023 | 250 | NOTICE OF MOTION FOR RECONSIDERATION PURS. TO FRCP RULE 60, re; 239 Clerk's Judgment. Document filed by Jason Goodman. (Attachments: # 1 Exhibit 1)(sc) (Additional attachment(s) added on 7/13/2023: # 2 Certificate of Service) (sc). Modified on 7/13/2023 (sc). (Entered: 07/13/2023) |
| 07/12/2023 | 251 | MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION, re: 250 MOTION for Reconsideration re; 239 Clerk's Judgment. Document filed by Jason Goodman. (sc) (Entered: 07/13/2023) |
| 07/13/2023 | 252 | NOTICE OF RELATED LITIGATION. Document filed by David George Sweigert. (sc) (Entered: 07/14/2023) |
| 07/15/2023 | 253 | VERIFIED DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION, re: 250 MOTION for Reconsideration re; 239 Clerk's Judgment. Document filed by David George Sweigert. (sc) (Entered: 07/17/2023) |
| 07/16/2023 | 254 | SUPPLEMENTAL DECLARATION of D.G. Sweigert IN SUPPORT OF THE VERIFIED DEFENDANT'S RESPONSE TO MOTION FOR RECONSIDERATION, re: 253 Response to Motion. Document filed by David George Sweigert. (sc) (Entered: 07/17/2023) |
| 07/16/2023 | 255 | NOTICE OF MOTION FOR A SHOW CAUSE HEARING REQUIRING THE PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE BARRED FROM BRINGING ANY FURTHER LITIGATION BASED IN CONSPIRACY THEORIES WITHOUT LEAVE OF COURT. Document filed by David George Sweigert.(sc) (Entered: 07/17/2023) |
| 07/25/2023 | 256 | LETTER addressed to Judge Analisa Torres from Seth D. Berlin dated July 25, 2023 re: Plaintiff's Motion for Reconsideration (ECF 250). Document filed by Seth Berlin, Bot Sentinel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin..(Berlin, Seth) (Entered: |

| | | |
|---|---|---|
| | | 07/25/2023) |
| 07/27/2023 | 257 | CERTIFICATE OF SERVICE of Notice of Appeal in a Civil Case; served on Seth D. Berlin, Maxwell S. Mishkin, George Webb Sweigert, David G. Sweigert, Liz Lockwood, and John Mills on 7/27/23. Service was made by electronic service. Document filed by Jason Goodman. (sc) (Entered: 07/28/2023) |
| 07/27/2023 | 258 | NOTICE OF APPEAL from 238 Order Adopting Report and Recommendations. Document filed by Jason Goodman. Form D–P is due within 14 days to the Court of Appeals, Second Circuit.(km) (Entered: 07/28/2023) |
| 07/28/2023 | | Appeal Fee Due: for 258 Notice of Appeal. Appeal fee due by 8/11/2023.(km) (Entered: 07/28/2023) |
| 07/28/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 258 Notice of Appeal. (km) (Entered: 07/28/2023) |
| 07/28/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 258 Notice of Appeal filed by Jason Goodman were transmitted to the U.S. Court of Appeals. (km) (Entered: 07/28/2023) |
| 07/29/2023 | 259 | NOTICE OF RELATED LITIGATION. Document filed by David George Sweigert. (sc) (Entered: 07/31/2023) |
| 08/07/2023 | | USCA Appeal Fees received $505.00 receipt number 19519 on 8/7/23 re: 258 Notice of Appeal filed by Jason Goodman. (km) (Entered: 08/07/2023) |
| 08/09/2023 | 260 | RESPONSE in Opposition to Motion re: 250 MOTION for Reconsideration re; 239 Clerk's Judgment,,,,,,,. *(Defendants Academy of Television Arts & Sciences, Sharp, and Esquenets Opposition to Goodmans Motion for Reconsideration)*. Document filed by Margaret Esquenet, Adam Sharp, The Academy of Television Arts & Sciences..(Heavner, B. Brett) (Entered: 08/09/2023) |
| 08/11/2023 | 261 | LETTER addressed to Judge Analisa Torres from Elizabeth C. Lockwood dated August 11, 2023 re: Plaintiff's Motion for Reconsideration. Document filed by Nina Jankowicz, Benjamin Wittes..(Lockwood, Elizabeth) (Entered: 08/11/2023) |
| 08/25/2023 | 262 | NOTICE OF APPEARANCE by Naresh Kilaru on behalf of Margaret Esquenet, The Academy of Television Arts & Sciences..(Kilaru, Naresh) (Entered: 08/25/2023) |
| 08/25/2023 | 263 | MOTION for Mary Catherine Brennan to Withdraw as Attorney . Document filed by Margaret Esquenet, The Academy of Television Arts & Sciences. (Attachments: # 1 Proposed Order ).(Kilaru, Naresh) (Entered: 08/25/2023) |
| 08/28/2023 | 264 | MEMO ENDORSEMENT granting 263 Motion to Withdraw as Attorney. ENDORSEMENT GRANTED. The Clerk of Court is directed to terminate Mary Catherine Brennan from the docket.SO ORDERED. Attorney Mary Catherine Brennan terminated. (Signed by Judge Analisa Torres on 8/28/2023) (jca) (Entered: 08/28/2023) |
| 08/29/2023 | | MAILING RECEIPT: Document No: 264. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 08/29/2023) |
| 11/16/2023 | 265 | NOTICE OF STAY OF APPEAL re: 214 Notice of Interlocutory Appeal. A notice of appeal was filed in this case on May 29, 2023. Since at least one motion cited in FRAP 4(a)(4) has been filed in the Southern District of New York, this appeal is stayed pending resolution of the motion(s). Appellant is directed to inform this Court in writing of the status of the motion(s) at 30 day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders. (tp) (Entered: 11/16/2023) |
| 11/17/2023 | 266 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) Motion for default judgment, ECF No. 60Motion to set aside default. ECF No. 68MTDs, ECF Nos. 78, 106, 112, 153Motion to file amended com12laint. ECF Nos.137. 142 Motions to transfer, ECF Nos. 158, 161Motion for |

| | | |
|---|---|---|
| | | reconsideration, ECF No. 250, Specific Non–Dispositive Motion/Dispute Referred to Magistrate Judge James L. Cott. Sanctions. ECF No. 86 PI/TRO. ECF No. 111 Court–ordered evaluation. ECF No. 118Judicial notice. ECF Nos. 141. 163. 167Quash sub12oena/12rotective order. ECF No. 168Motion for a show cause hearing ECF No. 255Motion for Attorney Fees, ECF No. 248. SO ORDERED. Motions referred to James L. Cott. (Signed by Judge Analisa Torres on 11/17/2023) (jca) (Entered: 11/17/2023) |
| 11/19/2023 | <u>267</u> | LETTER addressed to Magistrate Judge James L. Cott from D.G. Sweigert, dated 11/19/23 re: As expected and predicted in ECF #255, Mr. Goodman has again filed another action against Adam Sharp, President olf the EMMY Awards and President of Sharp Things LLC, a defendant in this present legal action. Document filed by David George Sweigert.(sc) Modified on 11/21/2023 (sc). (Entered: 11/20/2023) |
| 11/21/2023 | | MAILING RECEIPT: Document No: 266. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 11/21/2023) |
| 11/22/2023 | <u>268</u> | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation),Particular Motions: Motion for default judgment. ECF No. 60 Motion to set aside default. ECF No. 68 MTDs. ECF Nos. 78. 106. 112. 153 Motion to file amended complaint. ECF Nos. 137. 142 Motions to transfer, ECF Nos. 158. 161 Motion to amend judgment to include filing injunction. ECF No. 241 Motion for Attorney Fees. ECF No. 248 Motion for a show cause hearing, ECF No. 255. Specific Non–Dispositive Motion/Dispute: Sanctions, ECF No. 86. PI/TRO ECF. No. 111 Court–ordered evaluation, ECF. No. 118, Judicial notice, ECF Nos. 141, 163, 167. Quash subpoena/protective order, ECF No. 168 Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Analisa Torres on 11/22/2023) (jca) (Entered: 11/22/2023) |
| 11/28/2023 | <u>269</u> | REPORT AND RECOMMENDATION re: <u>255</u> MOTION for Hearing. filed by David George Sweigert, <u>241</u> MOTION to Alter Judgment re: <u>239</u> Clerk's Judgment, . filed by Adam Sharp, The Academy of Television Arts & Sciences, Margaret Esquenet, <u>248</u> MOTION for Attorney Fees . filed by Adam Sharp, The Academy of Television Arts & Sciences, Margaret Esquenet. In sum, the Court should (1) grant both the ATAS defendants' motion (Dkt. No. 241) and the Bouzy defendants' application (Dkt. No. 243) to amend the judgment to impose a filing injunction barring any future filings by Goodman against the ATAS defendants and the Bouzy defendants in this District without first obtaining leave of court; (2) deny the ATAS defendants motion for attorneys' fees (Dkt. No. 248); and (3) deny Sweigert's motion for an injunction and other relief against Goodman (Dkt. No. 255). Objections to R&R due by 12/12/2023 (Signed by Magistrate Judge James L. Cott on 11/28/2023) (jca) (Entered: 11/28/2023) |
| 11/28/2023 | | MAILING RECEIPT: Document No: 268–269. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (sha) (Entered: 11/28/2023) |
| 12/05/2023 | <u>270</u> | REQUEST FOR JUDICIAL NOTICE. Document filed by David George Sweigert. (Attachments: # <u>1</u> Cert. of Service).(sc) (Entered: 12/06/2023) |
| 12/12/2023 | <u>271</u> | NOTICE OF DEFENDANT'S OPPOSITION TO REPORT & RECOMMENDATION AT ECF NO. 269(11/28/23) re: <u>269</u> Report and Recommendations. Document filed by David George Sweigert. (sc) (Entered: 12/13/2023) |
| 12/12/2023 | <u>272</u> | OBJECTION TO REPORT AND RECOMMENDATION & MOTION TO VACATE REFERRAL TO MAGISTRATE JUDGE,Re: <u>269</u> Report and Recommendations Document filed by Jason Goodman. (sc) (Additional attachment(s) added on 12/14/2023: # <u>1</u> Errata Cert. of Service) (sc). (Entered: 12/13/2023) |
| 12/14/2023 | <u>273</u> | RESPONSE re: <u>272</u> Objection to Report and Recommendations, *and Motion to Vacate Referral*. Document filed by Seth Berlin, Bot Sentinel, Inc., Christopher Ellis Bouzy, Maxwell Mishkin..(Berlin, Seth) (Entered: 12/14/2023) |
| 12/14/2023 | <u>274</u> | NOTICE OF DEFENDANT'S AMENDMENT TO OPPOSITION TO REPORT & RECOMMENDATION AT ECF NO. 269(11/28/23) (REPLACES ECF #271). Document filed by David George Sweigert. (sc) (Entered: 12/15/2023) |

| | | |
|---|---|---|
| 01/06/2024 | 275 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 1/6/24 re: VIOLATION OF ECF ORDER 238 PARA 9 BY JASON GOODMAN. Document filed by David George Sweigert.(sc) (Entered: 01/08/2024) |
| 01/15/2024 | 276 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, dated 1/16/24 re: "DENIAL OF INTERVENTION" – Your attention is directed to the attached order issued in the action known as Kennedy v. Biden. Document filed by David George Sweigert.(sc) (Entered: 01/16/2024) |
| 02/21/2024 | 277 | ORDER denying 250 Motion for Reconsideration re 250 MOTION for Reconsideration re; 239 Clerk's Judgment, filed by Jason Goodman. Having reviewed Plaintiff's motion, the Court finds that he has not met the high bar required for relief pursuant to Rule 60(b)(1). Plaintiff seeks to relitigate matters that have already been adjudicated on numerous occasions by the Court and Judge Cott. Accordingly, Plaintiff's motion is DENIED and the Clerk of Court is directed to terminate the motion at ECF No. 250. SO ORDERED. (Signed by Judge Analisa Torres on 2/21/2024) (mml) (Entered: 02/21/2024) |
| 02/21/2024 | 278 | ORDER for 59 Report and Recommendations, 203 Report and Recommendation, 255 Motion for Hearing filed by David George Sweigert, 241 Motion to Alter Judgment filed by Adam Sharp, The Academy of Television Arts & Sciences, Margaret Esquenet, 248 Motion for Attorney Fees filed by Adam Sharp, The Academy of Television Arts & Sciences, Margaret Esquenet. The Court has reviewed the remainder of the R&R for clear error and finds none. For the foregoing reasons, the Court OVERRULES the parties' objections and ADOPTS the R&R in its entirety. Accordingly: 1. The ATAS Defendants' motion, ECF No. 241, to amend the judgment to impose a filing injunction barring any future filings by Goodman against the ATAS Defendants in this District without first obtaining leave of court is GRANTED. 2. The Bouzy Defendants' application, ECF No. 243, to amend the judgment to impose a filing injunction barring any future filings by Goodman against the Bouzy Defendants in this District without first obtaining leave of court is GRANTED. 3. The ATAS Defendants' motion for attorney's fees, ECF No. 248, is DENIED. 4. Defendant David Sweigert's motion for an injunction and other relief, ECF No. 255, is DENIED. Accordingly, the Court ADOPTS Judge Cott's R&R in its entirety. The parties' objections are OVERRULED. The Clerk of Court is directed to terminate the motions at ECF Nos. 241, 243, 248, and 255, and enter judgment consistent with this order and the R&R. SO ORDERED. (Signed by Judge Analisa Torres on 2/21/2024) (mml) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/21/2024) |
| 02/22/2024 | 279 | CLERK'S JUDGMENT re: 278 Order Adopting Report and Recommendations. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated February 21, 2024, the Court OVERRULES the parties' objections and ADOPTS the R&R in its entirety. Accordingly: 1. The ATAS Defendants' motion, ECF No. 241, to amend the judgment to impose a filing injunction barring any future filings by Goodman against the ATAS Defendants in this District without first obtaining leave of court is GRANTED. 2. The Bouzy Defendants' application, ECF No. 243, to amend the judgment to impose a filing injunction barring any future filings by Goodman against the Bouzy Defendants in this District without first obtaining leave of court is GRANTED. 3. The ATAS Defendants' motion for attorney's fees, ECF No. 248, is DENIED. 4. Defendant David Sweigert's motion for an injunction and other relief, ECF No. 255, is DENIED. Accordingly, the Court ADOPTS Judge Cott's R&R in its entirety. The parties' objections are OVERRULED. Judgment is entered consistent with this order and the R&R. (Signed by Clerk of Court Ruby Krajick on 2/22/2024) (Attachments: # 1 Appeal Package) (tp) (Entered: 02/22/2024) |
| 02/22/2024 | | MAILING RECEIPT: Document No: 277–279. Mailed to: Jason Goodman 252 7th Avenue Apt. 6S New York, NY 10001. (nb) (Entered: 02/22/2024) |
| 02/26/2024 | 280 | ORDER of USCA (Certified Copy) as to 240 Notice of Appeal filed by David George Sweigert, 214 Notice of Interlocutory Appeal filed by David George Sweigert, 258 Notice of Appeal filed by Jason Goodman. USCA Case Number 23–874(L), 23–1021(Con), 23–1100(XAP). On November 9, 2023, the Court issued a notice pursuant to Federal Rule of Appellate Procedure 4(a)(4), staying this appeal due to pending motions in the district court. the district court having denied the motions in orders dated February 21, 2024, IT IS ORDERED that the stay of this appeal is hereby lifted. Within 21 days of the date of this order, Appellant–Cross–Appellee must pay |

| | | |
|---|---|---|
| | | the filing fee or move for in forma pauperis status and file Form D–P. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 2/26/2024. (tp) (Entered: 02/26/2024) |
| 03/18/2024 | 281 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE. Document filed by David George Sweigert. (sc) (Entered: 03/20/2024) |
| 04/08/2024 | 282 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE. Document filed by David George Sweigert..(kgo) (Entered: 04/08/2024) |
| 04/08/2024 | 283 | MANDATE of USCA (Certified Copy) as to 258 Notice of Appeal filed by Jason Goodman USCA Case Number 23–1100. Appellee–Cross–Appellant Jason Goodman moves for voluntary dismissal of his cross–appeal docketed under 23–1100. IT IS HEREBY ORDERED that the motion is GRANTED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 04/08/2024..(nd) (Entered: 04/08/2024) |
| 05/21/2024 | 284 | REQUEST FOR JUDICIAL NOTICE. Document filed by David George Sweigert..(tro) (Entered: 05/22/2024) |
| 06/02/2024 | 285 | LETTER addressed to Judge Analisa Torres from D. G. SWEIGERT re: DEFENDANTS REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201 (b). Document filed by David George Sweigert..(rro) (Entered: 06/04/2024) |
| 06/05/2024 | 286 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201(b). Document filed by Jason Goodman. (tro) (Entered: 06/07/2024) |
| 06/10/2024 | 287 | MANDATE of USCA (Certified Copy) as to 240 Notice of Appeal filed by David George Sweigert, 214 Notice of Interlocutory Appeal filed by David George Sweigert USCA Case Number 23–874(L), 23–1021(Con). IT IS HEREBY ORDERED that the appeals are dismissed effective May 2, 2024, if Appellant does not pay the filing fees or move for in forma pauperis status by that date. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 6/10/2024.(km) (Entered: 06/10/2024) |
| 06/10/2024 | | Transmission of USCA Mandate/Order to the District Judge re: 287 USCA Mandate.(km) (Entered: 06/10/2024) |
| 06/23/2024 | 288 | LETTER from D.G. Sweigert dated 6/22/2024 re: The Defendant requests that this Court take notice of the attached information pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1)–(2). Document filed by David George Sweigert..(kgo) (Entered: 06/27/2024) |
| 07/03/2024 | 289 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201(b). Document filed by David George Sweigert..(tro) (Entered: 07/03/2024) |
| 10/09/2024 | 290 | DEFENDANTS REQUEST FOR JUDICIAL NOTICE. Document filed by David George Sweigert. (jjc) (Entered: 10/11/2024) |
| 11/24/2024 | 291 | Defendant's Request for Judicial Notice Pursuant to F.R.E. 201(b). Document filed by David George Sweigert. (ar) (Entered: 11/26/2024) |
| 12/23/2024 | 292 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201 (b). Document filed by David George Sweigert. (jca) (Entered: 12/27/2024) |
| 01/26/2025 | 293 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201 (b). Document filed by David George Sweigert..(kgo) (Entered: 01/27/2025) |
| 02/18/2025 | 294 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201 (b). Document filed by David George Sweigert. (jjc) (Entered: 02/19/2025) |
| 07/28/2025 | 295 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201 (b). Document filed by David George Sweigert. (jjc) (Entered: 07/29/2025) |
| 07/30/2025 | 296 | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO F.R.E. 201 (b). Document filed by David George Sweigert. (rro) (Entered: 08/04/2025) |
| 08/11/2025 | 297 | MOTION TO VACATE VOID JUDGMENT 279 Clerk's Judgment. Document filed by Jason Goodman.(sgz) (Entered: 08/13/2025) |

| | | |
|---|---|---|
| 08/11/2025 | 298 | CERTIFICATE OF SERVICE on 8/11/2025. Service was made by Mail and E−mail. Document filed by Jason Goodman. (sgz) (Entered: 08/13/2025) |
| 08/12/2025 | 299 | NOTICE OF MOTION TO VACATE VOID JUDGMENT 279 Clerk's Judgment. Document filed by Jason Goodman. (jjc) (Entered: 08/14/2025) |
| 08/13/2025 | 300 | LETTER−MOTION REQUESTING HEARING ON PENDING RULE 60(b) MOTION. Document filed by Jason Goodman. (jjc) (Entered: 08/14/2025) |
| 08/14/2025 | 301 | LETTER addressed to Judge Analisa Torres from David George Sweigert dated 8/14/2025 re: I am writing to your office today to inform you of the voluntarily withdrawal of duplicative claims filed by Plaintiff Jason Goodman in the Second Circuit Court of Appeals that appear to conflict with his recent pleadings at ECF 299 / 300 (please see Jason Goodman v. Christopher E. Bouzy, George Webb Sweigert, Adam Sharp, et. al., 23−1100, 2nd Cir.). Document filed by David George Sweigert. (jjc) (Entered: 08/15/2025) |
| 08/15/2025 | 302 | LETTER addressed to Judge Analisa Torres from Jason Goodman dated 8/15/2025 re: LETTER−MOTION RESPONSE TO DKT. 301. Document filed by Jason Goodman. (Attachments: # 1 Exhibit A).(tg) (Entered: 08/18/2025) |
| 08/15/2025 | 303 | CERTIFICATE OF SERVICE served on Seth Berlin, Maxwell Mishkin, Naresh Kilaru, Elizabeth Lockwood, John Mills, George Webb Sweigert, David George Sweigert on 8/15/2025. Document filed by Jason Goodman. (tg) (Entered: 08/18/2025) |
| 08/15/2025 | 304 | LETTER addressed to Judge Analisa Torres from David George Sweigert dated 8/15/2025 re: Today I have caused to be electronically served upon Jason Goodman a 21−day Safe Harbor warning pursuant to F.R.C.P. Rule 11(c)(2). The Court may desire to stay proceedings for 21 days. Document filed by David George Sweigert. (jjc) (Entered: 08/18/2025) |
| 08/16/2025 | 305 | LETTER addressed to Judge Analisa Torres from Jason Goodman dated 8/16/2025 re: LETTER−MOTION RESPONSE TO DEFENDANT'S IMPROPER NOTIFICATION. Document filed by Jason Goodman. (jjc) (Entered: 08/18/2025) |
| 08/16/2025 | 306 | CERTIFICATE OF SERVICE served on Seth Berlin, Maxwell Mishkin, Naresh Kilaru, Elizabeth Lockwood, John Mills, George Webb Sweigert, David George Sweigert on 8/16/2025. Service was made by USPS, EMAIL. Document filed by Jason Goodman. (jjc) (Entered: 08/18/2025) |
| 08/18/2025 | 308 | NOTICE OF APPEAL from 279 Clerk's Judgment. Document filed by Jason Goodman. Form D−P is due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Certificate of Service).(nd) (Entered: 08/19/2025) |
| 08/18/2025 | 309 | DEFENDANT'S REQUEST FOR SHOW CAUSE HEARING AS TO WHY SANCTIONS AGAINST PLAINTIFF PURUSUANT TO FRCP RULE 11 SHOULD NOT BE ISSUED. Document filed by David George Sweigert..(rro) (Entered: 08/19/2025) |
| 08/19/2025 | 307 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. The above−entitled action is referred to the Honorable James L. Cott for the following purposes: General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motions: Motion for default judgment. ECF No. 60 Motion to set aside default. ECF Nos. 68 MTDs. ECF Nos. 78. 106. 112. 153 Motion to file amended complaint. ECF Nos. 137, 142 Motions to transfer, ECF Nos. 158, 161 Motion to amend judgment to include filing injunction. ECF No. 241 Motion for Attorney Fees. ECF No. 248 Motion for a show cause hearing, ECF No. 255 Motion to vacate judgment, ECF Nos. 297, 299. Specific Non−Dispositive Motion/Dispute Sanctions, ECF No. 86. PI/TRO. ECF No. 111. Court−ordered evaluation, ECF No. 118. Judicial notice. ECF Nos. 141, 163, 167. Quash subpoena/protective order, ECF No. 168. Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. SO ORDERED. (Signed by Judge Analisa Torres on 8/19/2025) (ar) (Entered: 08/19/2025) |
| 08/19/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 308 Notice of Appeal..(nd) (Entered: 08/19/2025) |

| 08/19/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 308 Notice of Appeal filed by Jason Goodman were transmitted to the U.S. Court of Appeals..(nd) (Entered: 08/19/2025) |