**Ballard Spahr**
LLP
————————————
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Seth D. Berlin
Tel: 202.508.1122
Fax: 202.661.2299
berlins@ballardspahr.com

September 11, 2025

*Via ECF*

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    *Goodman v. Bouzy, et al.*, **No. 25-2037**

Dear Ms. O'Hagan Wolfe:

      In connection with the above-referenced appeal, Defendant-Appellees Christopher Bouzy, Bot Sentinel, Inc., Seth Berlin and Maxwell Mishkin hereby consent to receive service from the other parties by electronic means.

      Respectfully submitted,

      BALLARD SPAHR LLP

      By:  */s/ Seth D. Berlin*
            Seth D. Berlin

cc:    Counsel of record (via ECF)
       Unrepresented parties (via email and U.S. Mail)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2025, I caused a true and correct copy of the foregoing letter to be served by ECF on all parties who have ECF credentials and by U.S. Mail First Class (and, as a courtesy, by email) on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

*Plaintiff-Appellant*

Mr. David George Sweigert
1522 Vance Avenue
Fort Wayne, IN 46805
spoliation-notice@mailbox.org

*Defendant-Appellee*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

*Defendant-Appellee*

/s/ *Seth D. Berlin*
Seth D. Berlin